# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LOYAL SOURCE GOVERNMENT SERVICES, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant*. | No. 24-1426 <br> Judge Bonilla |

**PLAINTIFF'S NOTICE OF DEPOSITION**
**(TROY HENDRICKSON)**

Please take notice that, pursuant to Rule 30(b)(1) of the Rules of the U.S. Court of Federal Claims ("RCFC"), Plaintiff, Loyal Source Government Services, LLC, will take the deposition upon oral examination of Troy Hendrickson, at mutually agreed-upon location, on May 20, 2025, before an officer duly authorized to administer oaths. The deposition will begin at 9:30 a.m., local time, and will continue day-to-day until completed. The deposition will be recorded by videographic and stenographic means.

    Respectfully,

    /s/Samuel B. Knowles
    Samuel B. Knowles
    DLA Piper LLP (US)
    500 Eighth Street, NW
    Washington, DC 20004
    Tel: (202) 799-4404
    E-mail: sam.knowles@us.dlapiper.com
    *Counsel for Loyal Source Government Services, LLC*

Of Counsel:

Thomas E. Daley

2

Peter F. Nelson
DLA Piper LLP (US)

Dated: May 1, 2025

3

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2025, I caused a copy of the foregoing document to be served by electronic mail to counsel of record.

> Respectfully submitted,
>
> /s/Samuel B. Knowles
> Samuel B. Knowles
> DLA Piper LLP (US)
> 500 Eighth Street, NW
> Washington, DC 20004
> Tel: (202) 799-4404
> E-mail: sam.knowles@us.dlapiper.com
> *Counsel for Loyal Source Government Services, LLC*