# EXHIBIT 2

**From:** Lewis, Matthew (CIV) <Matthew.Lewis@usdoj.gov>
**Sent:** Friday, May 2, 2025 9:39 AM
**To:** Knowles, Sam <sam.knowles@us.dlapiper.com>
**Cc:** Daley, Tom <Tom.Daley@us.dlapiper.com>
**Subject:** Re: [EXTERNAL] Loyal Source v U.S. | Troy Hendrickson Deposition Notice - No. 24-1426

Good morning Sam,

Unfortunately I had a conflict, so I wasn't able to take your call.

I am happy to discuss next week when you return. We of course object to the deposition itself and this manner of attempting to impose one. We do not agree with using this limited CPARS dispute to go on a fishing expedition to support procurement related allegations, especially where no foundation has been provided to tie those allegations to this case.

Regards,
Matt

On May 1, 2025, at 12:03 PM, Knowles, Sam <sam.knowles@us.dlapiper.com> wrote:

Matt,

Please see attached Deposition Notice.

I left you a voice message yesterday evening. Please let me know when you are available to discuss. I am traveling today and tomorrow, but will be as responsive as possible. Thank you.

Best regards,

Samuel B. Knowles
Partner

T  +1 202 799 4404
F  +1 202 799 5404
M  +1 202 531 6081
sam.knowles@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
<2025.05.01 - Loyal Source 30(b)(1) Deposition Notice (Troy Hendrickson).pdf>