# EXHIBIT 3

**From:** Andrea Meza <AndreaM@whistleblower.org>
**Sent:** Friday, May 23, 2025 6:15 PM
**To:** Knowles, Sam <sam.knowles@us.dlapiper.com>; Lewis, Matthew (CIV) <Matthew.Lewis@usdoj.gov>
**Cc:** Thad Guyer <thad@guyerayers.com>
**Subject:** Re: Hendrickson Deposition

Good afternoon, Mr. Knowles,

I am not and am not going to be authorized to accept service on Mr. Hendrickson's behalf. I will try to get a hold of Mr. Hendrickson, recognizing that it is Friday afternoon of a holiday weekend. If Mr. Hendrickson would like to accept service and provide you with his address I will let you know. Suffice it to say the May 29th deposition will not be happening.

Have a nice weekend.

Sincerely,
Andrea

Get Outlook for iOS

---

**From:** Knowles, Sam <sam.knowles@us.dlapiper.com>
**Sent:** Friday, May 23, 2025 4:38:11 PM
**To:** Andrea Meza <AndreaM@whistleblower.org>; Lewis, Matthew (CIV) <Matthew.Lewis@usdoj.gov>
**Cc:** Thad Guyer <thad@guyerayers.com>
**Subject:** RE: Hendrickson Deposition

Dear Ms. Meza,

Thank you for your email.  As you know, I represent Loyal Source Government Services, LLC.  We respectfully decline to limit Loyal Source's right to discovery in a manner that is inconsistent with applicable rules.  Attached please find a Rule 45 subpoena, as you have suggested.  I assume you will accept service on behalf of your client.  Please let me know immediately if you will not.  We have noticed Mr. Hendrickson's deposition for May 29, 2025 at our offices in Washington, D.C.  Pursuant to Rule 45, if there is not a reasonable amount of time to comply with the subpoena, please let me know your availability to meet and confer.  Similarly, if the Washington, D.C. location is more than 100 miles from where Mr. Hendrickson resides, is employed, or regularly transacts business in person, please let me know and provide sufficient detail so that we can modify the location accordingly.

Best regards,

Samuel B. Knowles

---

T  +1 202 799 4404
F  +1 202 799 5404
M  +1 202 531 6081
sam.knowles@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

1
Ex. 3 at Page 1



**From:** Andrea Meza <AndreaM@whistleblower.org>
**Sent:** Thursday, May 22, 2025 9:26 PM
**To:** Lewis, Matthew (CIV) <Matthew.Lewis@usdoj.gov>; Knowles, Sam <sam.knowles@us.dlapiper.com>
**Cc:** Thad Guyer <thad@guyerayers.com>
**Subject:** Hendrickson Deposition

⚠EXTERNAL MESSAGE
Good evening, Mr. Lewis and Mr. Knowles.

As you know, I represent Mr. Troy Hendrickson, who Loyal Source has noticed for a deposition on May 29, 2025.

Mr. Knowles, I suspect you're aware that as of April 28, 2022 Mr. Hendrickson's duties as the Contract Officer Representative on the CBP Medical Services Contract ended, nearly a year before the March 30, 2023 - November 29, 2023 period of performance that is the subject of your complaint. Mr. Hendrickson obviously cannot testify to facts related to the 2024 CPARS as he had no duties related to it.

While Mr. Hendrickson is willing to appear for the deposition, we need to establish a few conditions given the breadth of the complaint and the limited scope of his knowledge regarding the period of performance at issue. We request that the deposition be conducted by recorded Zoom stream by all participants, and that at least one other attorney from our team, Thad Guyer, may be present and listening in. Additionally, we request that you provide the basic subject areas for the deposition. The complaint is very extensive, and Mr. Hendrickson is named for various propositions. Some of these allegations, such as those related to the Electronic Medical Records (EMR) system's effectiveness or the claims of institutional bias and procurement integrity violations advanced by others within OCMO, are broad.

Mr. Hendrickson may have little or no direct knowledge of specific details or the full extent of these claims, particularly those occurring after his duties as the Contracting Officer's Representative concluded in April 2022. For instance, the complaint alleges he and a team of twelve personnel from OCMO sought to use the CPARS system to unlawfully target and eliminate Loyal Source. While he made comments in a November 30, 2023, letter to Congress, the government's answer to the complaint often provides qualified admissions, denying allegations to the extent not directly supported by referenced documents, or directly denying allegations of improper conduct or bias. Therefore, understanding the specific areas you wish to cover will help us prepare and ensure Mr. Hendrickson can provide relevant testimony without undue burden or speculation on matters outside his direct involvement or knowledge during the relevant timeframes.

This is a voluntary appearance by Mr. Hendrickson. No lawful process has been served compelling his attendance, and we ask that you be mindful of that. He is not willing to voluntarily appear for an open ended hours long deposition, and if that is anticipated, then it is better to serve him with a Rule 45 subpoena to which he will have a right to seek an appropriate protective order. But to be clear, I'd hate to inconvenience the parties and Mr. Hendrickson with a dispute on the subpoena if we can get some informal guidance on the subject matters of the deposition.

Thank you,
Andrea



**Andrea Meza**
Director of Advocacy Campaigns
Director, Immigration and Food Integrity Campaigns

Government Accountability Project
Office: 202-463-1312

www.whistleblower.org
Pronouns: she/her/hers

*Working remotely from the Central time zone.*

**Government Accountability Project is the nation's leading whistleblower protection and advocacy organization. Through litigating whistleblower cases, publicizing whistleblowers' disclosures and developing legal reforms, our mission is to protect the public interest by promoting government and corporate accountability.**

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information protected by law.
Any unauthorized review, use, disclosure or distribution of this communication and any related metadata is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.