# EXHIBIT 5

**From:** Knowles, Sam <sam.knowles@us.dlapiper.com>
**Sent:** Monday, May 26, 2025 12:47 PM
**To:** 'Lewis, Matthew (CIV)' <Matthew.Lewis@usdoj.gov>
**Cc:** Daley, Tom <Tom.Daley@us.dlapiper.com>; Nelson, Peter <Peter.Nelson@us.dlapiper.com>
**Subject:** RE: Hendrickson Deposition

Matt, In light of the email we received on Friday from Ms. Meza, can you please confirm that Mr. Hendrickson is still a government employee?  Thank you.

Best regards,

Samuel B. Knowles

T  +1 202 799 4404
F  +1 202 799 5404
M  +1 202 531 6081
sam.knowles@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



**From:** Knowles, Sam
**Sent:** Friday, May 23, 2025 2:32 PM
**To:** 'Lewis, Matthew (CIV)' <Matthew.Lewis@usdoj.gov>
**Cc:** Daley, Tom <Tom.Daley@us.dlapiper.com>; Nelson, Peter <Peter.Nelson@us.dlapiper.com>
**Subject:** RE: Hendrickson Deposition

Matt,

I'm contacting you regarding the email we received yesterday evening from Troy Hendrickson's counsel, Andrea Meza.  Although you have indicated that the Government does not oppose the deposition of Mr. Hendrickson within the scope of your representation, Ms. Meza's email reflects that Mr. Hendrickson will not appear for a deposition or answer questions without our agreement to numerous conditions and limitations that are inconsistent with applicable rules.  Further, it appears that the Government is unwilling or unable to secure Mr. Hendrickson's attendance, despite his current employment with CBP (to Loyal Source's information and belief).  If that is not correct and you are able to secure his attendance, or if he is not currently a government employee, please let me know as soon as possible.

To secure Mr. Hendrickson's attendance and the testimonial evidence that goes to the core of our allegation, we intend to serve a Rule 45 subpoena, as we understand that Ms. Meza is requiring one. I will copy you on the email I send to Ms. Meza, but I wanted to give you advance notice as a courtesy.  My understanding is that Ms. Mesa would defend the deposition if it is noticed under Rule 45.  We are proceeding under the assumption that the deposition will occur on Thursday 5/29, but I understand Ms. Meza may seek additional time.  Thank you.

Best regards,

Sam

Samuel B. Knowles

T  +1 202 799 4404
F  +1 202 799 5404
M  +1 202 531 6081
sam.knowles@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



**From:** Knowles, Sam
**Sent:** Thursday, May 22, 2025 1:01 PM
**To:** 'Lewis, Matthew (CIV)' <Matthew.Lewis@usdoj.gov>
**Cc:** Daley, Tom <Tom.Daley@us.dlapiper.com>; Nelson, Peter <Peter.Nelson@us.dlapiper.com>
**Subject:** RE: Hendrickson Deposition

Matt,  Please confirm receipt of the deposition notice I sent to you on Tuesday 5/20.  We are making arrangements to hold the deposition in our offices (500 8th St. NW) on Thursday May 29th at 9:30am EDT.

Best regards,

Sam
202-799-4404

**From:** Knowles, Sam
**Sent:** Tuesday, May 20, 2025 10:24 AM
**To:** 'Lewis, Matthew (CIV)' <Matthew.Lewis@usdoj.gov>
**Cc:** Daley, Tom <Tom.Daley@us.dlapiper.com>; Nelson, Peter

<Peter.Nelson@us.dlapiper.com>
**Subject:** RE: Hendrickson Deposition

Matt,

As a follow up to our discussion last week and my email to you yesterday, attached please find Loyal Source's first amended 30(b)(1) deposition notice. The deposition is noticed for DLA's DC office on May 29, 2025, starting at 9:30 AM ET. Please let me know when you can discuss. Thank you.

Best regards,

Samuel B. Knowles

T  +1 202 799 4404
F  +1 202 799 5404
M  +1 202 531 6081
sam.knowles@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



**From:** Knowles, Sam
**Sent:** Monday, May 19, 2025 12:02 PM
**To:** Lewis, Matthew (CIV) <Matthew.Lewis@usdoj.gov>
**Cc:** Daley, Tom <Tom.Daley@us.dlapiper.com>
**Subject:** RE: Hendrickson Deposition

Matt,

Thank you for your email. Please let me know if you have any proposed edits to the draft Protective Order I sent you last week. I understand your reviewer was unexpectedly out of the office on Friday, but is back today.

On the Hendrickson deposition, the following dates would work for us: Thursday May 29th, Friday May 30th, Friday June 6th, or Monday June 9th. Please let me know which day would work for the Government and confirm the location. As indicated, we intend to conduct the deposition in-person and can do so in our Washington, DC offices if convenient.

Given the short remaining window for discovery, we would like to proceed as quickly as possible. We agreed to move the date past May 20th given the issues you are working through

with Mr. Hendrickson and his counsel and your inability to confirm his availability for May 20.  We will not agree to further delays beyond the proposed dates.

Best regards,

Sam

Samuel B. Knowles

T  +1 202 799 4404
F  +1 202 799 5404
M  +1 202 531 6081
sam.knowles@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



From: Lewis, Matthew (CIV) <Matthew.Lewis@usdoj.gov>
Sent: Friday, May 16, 2025 6:07 PM
To: Knowles, Sam <sam.knowles@us.dlapiper.com>
Cc: Daley, Tom <Tom.Daley@us.dlapiper.com>
Subject: Hendrickson Deposition

Following up on our call,

I have not been able to confirm plans for Mr. Hendrickson on my end.  Per our mutual impression, I think that the 20th is unlikely to be a possibility, but I am happy to facilitate an alternate agreeable time to the extent I am able.

As indicated, I do not intend to oppose the deposition of Mr. Hendrickson within the scope of my representation, but given that some of Mr. Hendrickson's actions may be outside of my scope, and that Mr. Hendrickson is also adverse to the United States in an ongoing matter, there are multiple complicating factors.  I will continue to try to coordinate with him and will let you know when I can more concretely advise.  I am happy to talk again Monday.

Regards,
Matt

---------------------------------------------
Matthew Lewis
Trial Attorney, Department of Justice

matthew.lewis@usdoj.gov
(202) 880-6321