# EXHIBIT 6

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LOYAL SOURCE GOVERNMENT SERVICES, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)  No. 24-1426<br>)  Judge Bonilla<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S 1ST AMENDED NOTICE OF DEPOSITION**
**(TROY HENDRICKSON)**

Please take notice that, pursuant to Rule 30(b)(1) of the Rules of the U.S. Court of Federal Claims ("RCFC"), Plaintiff, Loyal Source Government Services, LLC, will take the deposition upon oral examination of Troy Hendrickson, on May 29, 2025, before an officer duly authorized to administer oaths, at:

DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004

The deposition will begin at 9:30 a.m., local time, and will continue day-to-day until completed.

The deposition will be recorded by videographic and stenographic means.

Respectfully,

/s/Samuel B. Knowles
Samuel B. Knowles
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: (202) 799-4404
E-mail: sam.knowles@us.dlapiper.com
*Counsel for Loyal Source Government Services, LLC*

Of Counsel:

Thomas E. Daley
Peter F. Nelson
DLA Piper LLP (US)

Dated: May 20, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that, on May 20, 2025, I caused a copy of the foregoing document to be served by electronic mail to counsel of record.

Respectfully submitted,

/s/Samuel B. Knowles
Samuel B. Knowles
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: (202) 799-4404
E-mail: sam.knowles@us.dlapiper.com
*Counsel for Loyal Source Government Services, LLC*
