# EXHIBIT 8

## <u>DECLARATION OF RYAN DWIGHT O'QUINN</u>

I, Ryan Dwight O'Quinn, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.     My name is Ryan Dwight O'Quinn, and I currently reside in Pinecrest, Florida.

2.     I am over the age of 18 and I am competent to make this Declaration.

3.     I have personal knowledge of the facts stated herein.

4.     I have been employed by Loyal Source Government Services, LLC ("Loyal Source") since July 2022, where I have held the title of Chief Legal Officer.

5.     Prior to July 2022, I was a partner at the law firm DLA Piper, LLC (US) where I was engaged as outside counsel to Loyal Source.

6.     In 2019, Vighter, LLC ("Vighter") began a strategic campaign to compete for Loyal Source's U.S. Customs and Border Protection ("CBP") contract for Medical Screening, which was scheduled for open competition in 2022.  *See* Ex. A (Vighter Article (10.4.2022)) at 1.

7.     In 2021, Vighter assembled a team of contractors, including Counsel for Logistics Research, Inc. ("CLR"), to participate in Vighter's proposal in the competitive contract procurement scheduled for 2022.  *See id.*; *see also* Ex. B (CLR Email to Loyal Source Employee (8.31.2023)) at 1 (introducing CLR as "a subk to Team Vighter" and gauging the Loyal Source employee's "interest in continuing your work under the new contract").  At that time, CLR had contracts with CBP that involved the staffing of CLR physicians as medical officers within the CBP Office of the Chief Medical Officer ("OCMO").  *See* Ex. C (CLR Website) at 1-2 (discussing CLR's Administrative Medical Support Services ("AMSS") and Technical and Operational Support Services ("TOSS") contracts with CBP).  As a result of their position within OCMO, the

CLR physicians had special access to information and oversight responsibilities related to Loyal Source's CBP Contract.

8.      In August 2021, CLR recruited Dr. Mark Olcott to leave Loyal Source to fill one of its medical officer positions within OCMO.  At the time Dr. Olcott resigned from Loyal Source, he falsely informed Loyal Source that his new position was with CBP, concealing his acceptance of a role with a competitor that would violate enforceable restrictive covenants.  *See* Ex. D (Dr. Olcott Letter of Resignation).

9.      On August 9, 2021, OCMO employee Troy Hendrickson was appointed to act as the Contracting Officer Representative ("COR") for Loyal Source's CBP contract.  For the next seven months, Hendrickson wore two hats, as an OCMO representative and as COR for Loyal Source's CBP contract.

10.     Immediately, Troy Hendrickson sought to impose arbitrary, extra-contractual performance obligations.  Additionally, Hendrickson disregarded facts showing that Loyal Source was consistently under-budget to capriciously assert that Loyal Source's costs were excessive and that its profits were inflated.  Hendrickson made these assertions despite the fact that, prior to an August 1, 2021 modification, Loyal Source had been performing under a firm fixed price task order with a reimbursable travel CLIN and Loyal Source's reimbursable travel expenses for the period in question were beneath the Not-To-Exceed amounts set forth in the contract. Further, the August 1, 2021 modification that changed the task order from a firm fixed price contract to a hybrid firm fixed price/time and materials contract included rates established using Loyal Source's competitively awarded 621i Federal Supply Schedule and were, therefore, objectively fair and reasonable.

11.    In early 2022, Loyal Source complained to the Contracting Officer that Troy Hendrickson's harassment was improper and that his conduct appeared commercially motivated in a manner intended to influence the upcoming procurement.

12.    On April 21, 2022, Troy Hendrickson, acting as COR, used his CBP official email to send an extraordinary (and unauthorized) email to all Loyal Source employees working within CBP facilities in which he incorrectly informed them that they were released from the restrictive covenants they signed as employees of Loyal Source, claiming that "[a]ny non-compete agreements that may exist by any company [were] overridden by [an] Executive Order…" Ex. E (T. Hendrickson Email (4.21.2022)) at 1.

13.    On April 28, 2022, Troy Hendrickson was terminated from the COR position for cause as a direct result of his unauthorized communication sent to Loyal Source employees. *See* Ex. F (D. McMullen Email (4.28.2022)).   Unfortunately, the CBP's efforts to mitigate Hendrickson's impaired objectivity and bias as COR were lacking, as Hendrickson was allowed to maintain a position of authority over Loyal Source "as the OCMO MSC budget liaison." Ex. G (T. Hendrickson Email (5.2.2022)) at 1.

14.    By November 8, 2022, the conflicts of interest within OCMO were so apparent that Loyal Source reported evidence of the impaired objectivity to the Department of Homeland Security's Office of Inspector General (DHS OIG).   *See* Ex. H (R. O'Quinn Email to OIG (11.8.2022)).

15.    Despite Loyal Source's timely reports to the CBP Contracting Office and DHS OIG, Troy Hendrickson and CLR continued to hold positions of authority within OCMO.

16.    On May 17, 2023, the CBP detention program experienced a "sentinel event" when a child died in CBP custody.  In the days that followed, OCMO scheduled a "a medical review" at

the CBP facility that experienced the sentinel event, saying that the "meeting is informational and not an investigation." Ex. I (CBP Email to Schedule Informational Meeting (5.19.2023)) at 1. OCMO correspondence related to the "informational" "medical review" included a CLR physician named Dr. John Martel in his capacity as an OCMO medical officer. *See id.* (with Dr. Martel carbon-copied); *see also* Ex. J (regarding prior meeting with Dr. Martel).

17.     Despite the representation that the confidential "meeting [was] informational and not an investigation," Ex. I, *USAToday* and the *Washington Post* published articles reporting misleading information as if it were the results of a "CBP investigation" suggesting that the sentinel event was caused by Loyal Source's contract performance. *See, e.g.*, Exs. K (*USAToday* Article (6.2.2023), L (*Washington Post* Article (8.25.2023)), and M (*Washington Post* Article (11.19.2023)); *see also* Ex. N (containing Loyal Source's letters to the Contracting Officer regarding the impact of the articles). Citing the very same arbitrary, misleading, and extra-contractual performance metrics raised by Hendrickson and others within OCMO, the articles described OCMO's efforts to pressure CBP's contracting office not to award the new contract to Loyal Source.

18.     In September and November of 2023, Loyal Source corresponded with an investigator for DHS OIG to provide additional evidence of criminal violations of the Procurement Integrity Act and to report that the specific characteristics of the improperly disclosed information suggested that Troy Hendrickson and Council for Logistics Research were the sources of the information. *See* Exs. O (R. O'Quinn Email (9.7.2023)) and P (R. O'Quinn Email (11.7.2023)).[1]

---

[1] Exhibit P also includes an unsolicited email from an individual at the *Washington Post* to Loyal Source requesting an interview (*id.* at 3) as well as an email from Loyal Source notifying the Contracting Officer of the unsolicited email. *Id.* at 1-2.

19.    On November 17, 2023, CBP OPR responded to Loyal Source's November 7, 2023 submission to inform that "CBP OPR [Office of Professional Responsibility] opened case: 202402346, in reference to the below email chain."  Ex. Q (OPR Email (11.17.2023)) at 1.

20.    Apparently in defense of the recently opened OPR investigation into unlawful disclosure by multiple CBP officials within OCMO, Troy Hendrickson published his November 30, 2023 letter characterizing his unlawful procurement activity as protected whistleblower conduct.  Ex. R (T. Hendrickson Letter to Congress (11.30.2023)).  Despite Hendrickson's self-serving claims, disclosures by a government officer that violate federal law (i.e. 41 U.S.C. 423) are not protected by any federal whistleblower protections. *See* 5 U.S.C. § 2302(b)(8); *See also DHS v. Maclean*, 135 S.Ct. 913 (2015).

21.    Troy Hendrickson's November 30, 2023 letter contains numerous unambiguous admissions of an improper and biased effort by at least 12 OCMO officials (called the "Team of Twelve") who knowingly and intentionally employed unlawful means to improperly influence the award of a competitive procurement covered by the Competition in Contracting Act ("CICA") of 1984.  *See id.* at 11.  Additionally, the letter republished Hendrickson's arbitrary, misleading, and extra-contractual performance metrics he and others unlawfully leaked to *USAToday* and the *Washington Post* to disparage Loyal Source's contract performance.  *See id.*

22.    To date, CBP has never identified the other eleven OCMO officials that comprised Hendrickson's Team of Twelve described in his letter.  Nor has CBP determined whether CLR medical officers were among the "team" that unlawfully leaked CUI and procurement-sensitive information to the press and engaged in other violations of the Procurement Integrity Act.

23.    In February 2024, OCMO caused CBP to issue the CPARS report at issue in the instant case.  The capricious ratings included in the report expressly cited Hendrickson's arbitrary,

misleading, and extra-contractual performance metrics, that were published by media outlets in the summer of 2023.

24.    CBP has made no showing that the biased members of Henrickson's Team of Twelve have been recused from positions of influence over the CPARS at issue in this case or that one or more will not be in a position of influence over a future CPARS upon remand by the Court.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Executed on June 2, 2025.

_____
Ryan Dwight O'Quinn

Ex. 8 at Page 6

**Table of Exhibits**

| Exhibit No. | Document Title |
|---|---|
| Exhibit A | Vighter Article (10.4.2022) |
| Exhibit B | CLR Email to Loyal Source Employee (8.31.2023) |
| Exhibit C | CLR Website |
| Exhibit D | Dr. Olcott Letter of Resignation |
| Exhibit E | T. Hendrickson Email (4.21.2022) |
| Exhibit F | D. McMullen Email (4.28.2022) |
| Exhibit G | T. Hendrickson Email (5.2.2022) |
| Exhibit H | R. O'Quinn Email to OIG (11.8.2022) |
| Exhibit I | CBP Email to Schedule Informational Meeting (5.19.2023) |
| Exhibit J | Correspondence Regarding Dr. Martel (8.17.2023) |
| Exhibit K | *USAToday* Article (6.2.2023) |
| Exhibit L | *Washington Post* Article (8.25.2023) |
| Exhibit M | *Washington Post* Article (11.19.2023) |
| Exhibit N | Loyal Source Letters to Contracting Officer Regarding Media Articles (9.7.2023 and 11.28.2023) |
| Exhibit O | R. O'Quinn Email (9.7.2023) |
| Exhibit P | R. O'Quinn Email (11.7.2023) |
| Exhibit Q | OPR Email (11.17.2023) |
| Exhibit R | T. Hendrickson Letter to Congress (11.30.2023) |

# EXHIBIT A



# Vighter, LLC Awarded Over $1 Billion Dollar U.S. Customs and Border Protection Contract

*Vighter, LLC to Provide Medical Screening Services for CBP*

SAN ANTONIO, TEXAS, USA, October 4, 2022 /EINPresswire.com/ -- Vighter has been awarded a five-year contract by The Department of Homeland Security, U.S. Customs and Border Protection (CBP). This contract is valued at an excess of $1 Billion dollars to provide program management and medical screening at multiple CBP stations along the Southwest Border.

"We are extremely honored to be selected to provide Medical Screening Services for Customs and Border Protection. Our Vice President of Business Development, Tom Harrison, put together an amazing team of partners and we are all extremely excited to provide these critical services over the next five years," says Jeremy Calvert, CEO at Vighter, LLC.



> **We are extremely honored to be selected to provide Medical Screening Services for Customs and Border Protection."**
>
> — *Jeremy Calvert, CEO*

From 2014 to 2015 Vighter performed as a subcontractor for its large business partner, Acuity International (formerly CHSi) on the CBP Medical Screening Services contract. In 2019, Vighter set out to compete for this contract by submitting a proposal to the GSA for a 621-I schedule contract. In May 2020, Vighter received its 621-I contract award and continued capture activities to improve its chances of winning the CBP Medical Screening Services contract. Mr. Tom Harrison was brought in as VP of Business Development in 2021 due to his experience winning large contracts and he set out to win the CBP contract. He strategically formed a team of dynamic business partners, including Acuity International, Valor Healthcare, SOS International, North American Rescue Medical Depot, Council for Logistics Research, AMI Federal Services, and Spectrum Healthcare Resources. The team worked tirelessly to plan, draft, revise, and publish a proposal that resulted in this amazing contract award.

Vighter is honored by this contract award and excited to apply program management and medical staffing expertise to support the bold effort of protecting America's borders. Vighter has hit the ground running to provide the best services possible on this awarded contract. As the prime contractor, Vighter, is going to be working endlessly to fully support CBP. It is Vighter's goal to meet and exceed every expectation over the course of this CBP contract.

About Vighter

Vighter has provided critical Professional Services to support challenging programs around the world since 2005. Today, our service offerings include: Contracted Workforce, Healthcare Operations, and Special Mission Support. Vighter has the unique ability to rapidly mobilize large numbers of professionals anywhere in the world to meet urgent requests for services and achieve mission success.

Vighter is a CVE-verified Service Disabled Veteran-Owned Small Business (SDVOSB) accredited by The Joint Commission accreditation in Health Care Staffing Services (HCSS). The company is also accredited by the National Accreditation Alliance Medical Transport Applications (NAAMTA). As an ISO 9001:2015 registered firm, the company is committed to continuous improvement of its quality management system.

For more information, visit Vighter.com and follow us on Facebook[1], LinkedIn[2], and Instagram[3].

Erica Angulo
Vighter, LLC.
+1 2107745393
email us here

---

[1] http://www.facebook.com/vighter

[2] http://www.linkedin.com/company/vighter
[3] http://www.instagram.com/vighterllc/

---

This press release can be viewed online at: https://www.einpresswire.com/article/594143393/

Disclaimer: If you have any questions regarding information in this press release please contact the company listed in the press release. Please do not contact EIN Presswire. We will be unable to assist you with your inquiry. EIN Presswire disclaims any content contained in these releases.

© 1995-2025 Newsmatics Inc. All Right Reserved.

# EXHIBIT B

**Ryan O'Quinn**

---

| | |
|---|---|
| **From:** | Lisa Hanthorn <lisahanthorn@gmail.com> |
| **Sent:** | Thursday, August 31, 2023 3:19 PM |
| **To:** | Vennessa Hagan |
| **Subject:** | [EXTERNAL] : Fwd: Benefits Package - Council for Logistics Research, Inc. |
| **Attachments:** | Benefits Package.zip |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---------- Forwarded message ---------
From: **Walt Schneider** <wschneider@clrexec.com>
Date: Tue, Oct 11, 2022, 8:43 AM
Subject: Benefits Package - Council for Logistics Research, Inc.
To:
Cc: Cyndi Schneider <cschneider@clrexec.com>, Ansley Schneider <aschneider@clrexec.com>

Hello,

I understand you are currently working on the MSC contract and have expressed an interest in continuing your work under the new contract.

I am reaching out to introduce CLR as a subk to Team Vighter with responsibility of the Big Bend AOR, the EMR Health Record Specialists, MQMO, and Risk Management positions across the entire AOR, and secondly to provide some information regarding the benefits that CLR offers.

Please review and let me know if and when you might be available to begin discussions on moving forward.

Below is an overview of all our offered benefits:

**Healthcare** - We offer our employees three healthcare plans. I have attached both the rates as well as the descriptions of each plan. Healthcare coverage begins the first of the following month after date of hire.

**Dental Insurance -** We offer dental insurance for full-time employees; I have attached the rates. Dental coverage kicks in the first of the following month after date of hire as well.
**PTO** - Full-time employees receive 10 days per year, accrual begins on your start date.

**Disability Insurance** - Full disability insurance coverage, which is 100% paid for by CLR, this is effective on the first of the following month after the date of hire.

**Life Insurance** - $50,000 Term Life Insurance effective on the first of the following month after the date of hire, paid 100% by CLR.

**401(k) Plan** - Beginning on your start date, CLR will contribute 3% of your annual gross salary regardless of your participation.  You will be eligible to contribute after completing one processed payroll.


Thank you,


Walt Schneider

President

Council for Logistics Research, Inc.

7918 Jones Branch Drive, 4th Floor

McLean, VA 22102


C: (703) 927-0678

wschneider@clrexec.com

www.clr-web.com

# EXHIBIT C

 **Council for Logistics Research, Inc.** 

# Projects

## Commercial Operations Future Operating Environment (COFOE)

CLR provides the Air Mobility Command (AMC) and the AMC Commander (AMC/CC) with expert-level and enduring advisory services which endure the changes in leadership across the commands and continue to focus on the future environment while staying in lock step with Department of Defense (DOD) requirements.  CLR provides subject matter experts in commercial aviation and defense policy alignment, strategic airlift advisory services, geopolitical and economic risk monitoring, cybersecurity, and research and analytics support. Our experts continuously conduct assessments, analysis, and provide recommendations in the development of the long-term strategic outlook needed to ensure the viability and effective operation of the DOD Commercial Airlift program, including the Civil Reserve Air Fleet (CRAF) through the year 2030. This includes all aspects of air mobility operations related to DOD commercial aviation; the CRAF program, space operations in support of the NDS objectives, the Joint Operating Environment (JOE), the AMC Vision, and DOD policy.

## Customs and Border Protection (CBP) Administrative Medical Support Services (AMSS)

The Department of Homeland Security (DHS) selected CLR to  provide Administrative Support Services in support of the CBP Chief Medical Officer (CMO) providing Program...

Ex. C at Page 1

Management Office (PMO) support to CBP medical leadership and work to coordinate and facilitate development, field deployment, user training, refinement, enhancement, data reporting, and oversight of all CBP Electronic Medical Record (EMR) system efforts.

These support services will enhance CBP efforts to align with DHS and other federal, state, and local agencies to support the whole-of government effort to slow the spread of COVID-19, any new potential pandemic threats; and keep the nation safe by enhancing medical oversight and direction capabilities at CBP.  CLR serves as the key liaison/communication link between the various stakeholders involved in the program by conducting critical review and quality control including medical operations quality and data management efforts on all products distributed to and by all stakeholders on the program, and our staff includes experts in Medical Operations and Quality, Data Reporting, Training, Management Analysis, Operations Research, and Help Desk Support.

Link to CBP Built and Deployed an In-House Electronic Health Record System in Under 2 Years

_____

# Customs and Border Protection (CBP) Technical and Operational Support Services (TOSS)

The Department of Homeland Security (DHS) selected CLR to provide U.S Customs and Border Protection (CBP)

Technical and Operational Support Services for Electronic Medical Records (EMR) Phase II. EMR Phase II facilitates the successful operational rollout of the EMR in the U.S. Border Patrol and the Office of the Field Operations, provides technical support in the development of reports based on system data and in the engineering of a sustainable Subject Property and Subject Identity Management system to operate in concert with the CBP EMR.  CLR provides

technical support in the development of reports based on system data, and the development of the Amenities and Property Identification Program (APIP), to assist CBP's unique front-line medical support efforts for persons in custody. CLR provides key input and support in the creation of these two custom-built systems, that allow CBP personnel and Medical Services Contractors on the Southwest Border to fulfil their highly specific duties in the field. The support provided by CLR enhances CBP's efforts to work closely with DHS and other state, and local agencies to strengthen medical oversight and direction capabilities at C includes Medical Operations Quality and Data Officers, Tactical and Austere Medical Officers,

Ex. C at Page 2

Web Software Developers, Biostatisticians, Data Scientists, and Business Analysts.

_____

# Defense Health Agency (DHA) Program Manager Medical Simulation and Training (PM MST)

CLR supports the Defense Health Agency (DHA) Program Manager Medical Training and Simulation (PM MST) team in the acquisition and management of new training systems and the sustainment of existing systems.

This support is tailored towards future Programs of Record, and Research & Development efforts supporting Hospital-Based medical training sustainment for Combatant Commands and at military hospitals.  Program support includes baselining of the Medical Training Aids, Devices, Simulators, and Simulations (TADSS) architecture and contract strategy, logistic support, acquisition support, and administrative duties. CLR also provides medical subject matter expertise to assist in developing medical training strategies and the recommend TADSS devices.  This includes assistance in analysis of medical TADSS to include assessment of technical approaches, acquisition strategies and plans, conducting market surveys, assessing operational performance requirements, and assessing evolving concepts of operations, coordinating and supporting Certification and Accreditation of systems in accordance with the Risk Management Framework, providing and updating  logistics support analysis, technical studies and reports, risk registers and issue trackers, and supporting the development of artifacts required for the acquisition of new or upgrades to existing training devices.  CLR provides subject matter expertise in Cybersecurity, Acquisition, Data Analysis, Technical Support, Logistics, and the supervision and management effort necessary for efficient and effective administration and control of the program.

_____

# Defense Health Agency (DHA) Training Specialists

CLR supports the Defense Health Agency (DHA) at the Naval Medical Center San Diego (NMCSD) Bioskills & Simulation Training Center (BSTC) involved in the collection and analysis of data for descriptive and exploratory simulation performance improvement processes and exploratory projects focused on operational medicine, patient safety, and clinical susta CLR provides healthcare simulation (both Mannequin and Tissue-based) and operatic

focused medical and surgical simulation expertise to support the NMCSD mission to prepare to deploy in support of operational forces, deliver quality health services, and shape the future of military through education, training, and research.

_____

# United States Space Force (USSF) Commercial Augmentation for Space Reserve (CASR)

CLR provides the U.S. Space Force and the U.S. Space Force Commander (USSF/CSO) with executive level assessment, analysis, and recommendations for the use of commercial space industry to augment the U.S. Space Force mission, taking full advantage of time, space, and technology while supporting the warfighter.  CLR assesses the capabilities of current and future commercial space providers and identify areas where synergies are gained in the execution of the Space Force mission.  Our focus is to utilize current and future commercial space capabilities and capacity to augment the U.S. Space Force fleet in support of its mission of establishing and maintaining military superiority across all domains to deter adversary aggression to protect national interests and help ensure stability in space.  CLR also assesses the potential impact for creating a structured program that optimizes the capabilities of the U.S. Government by utilizing the commercial space industry to avoid costs and facilitate the development of a U.S. National Policy for CASR.

CLR was awarded an additional contract in July 2023 in support of the development of the USSF CASR program.

_____

# AMC CRAF Study - Phase II Completion

The CRAF Study - Phase II provided the Air Mobility Commander and their staff with a broad range of professional support services in the execution of the study, including executive level assessment, analysis, and recommendations regarding forthcoming changes potentially impacting the CRAF program.  Key areas of investigation for the study include technological change in commercial aviation and impact on DOD airlift practices/requirements; business environment changes in the US commercial aviation ecosystem; competitor, geopoliti... economic risk assessments; sustainability of CRAF program and CRAF-related D...

practices, systems, and requirements; and challenges to meeting needs of National Defense Assessment goals and priorities.  As part of the study, CLR has completed in-depth analyses of the effects of the COVID-19 pandemic on the aviation industry and ecosystem and how it affects the overall risk to the CRAF program.

—————————————————————

## Air Mobility Command (AMC) Executive Advisory Services for Commercial Aviation

CLR furnished executive-level expertise to provide Air Mobility Command and the Air Mobility Commander executive level advice and analysis on the Airline Industry as it relates to DoD. Major topics include fleet changes in the global market, expanding airlift opportunities for the commercial enterprise, CRAF program structure in a dynamic environment, quality of service to enhance customer satisfaction, and organizational structure to support efficient and effective mobility operations across the spectrum of requirements.

—————————————————————

## Pilot Study: HAF/A3 Air Crew Task Force

CLR supported the Air Crew Task Force at USAF Headquarters in their mission to restore health to the USAF pilot ecosystem. The CLR team provided strategic advisory to the ACTF commander, executing process analysis, identifying gaps in capabilities and tools to inventory and evaluate pilot ecosystem initiatives. CLR experts worked with ACTF action officers to assist with inter-agency collaboration, launch big-data management approaches and conduct pilot-level insight interviews. Additionally, CLR connected the ACTF with specialists holding USAF leadership expertise and executive-level backgrounds in civil aviation for additional guidance on pilot-related issues.

—————————————————————

## Pilot Study: AFWERX Assembly SBIR

CLR teamed with Federal Foundry to develop a big-data-driven solution for improving the assignments system for USAF pilots. By combining insights gathered through CLR's in level research and statistical analysis of USAF pilot surveys with efficiencies derived

Ex. C at Page 5

algorithmic automation of pilot assignments, the Assembly team provided the USAF with tools to increase pilot quality of service while reducing the time and resource requirements of the assignments process.

_____

# United States Air Force Leadership Development Program (AFLDP) Training Support Services (TSS)

CLR provided a full range of technical, functional, and managerial expertise to support the continual development, sustainment, enhancement, and facilitation of the United States Air Force's (USAF) force development and senior leader development programs. The USAF Deputy Chief of Staff, Manpower, Personnel, and Services (AF/A1) and the Deputy Assistant Secretary for Acquisition Integration, Office of the Assistant Secretary of the Air Force for Acquisition (SAF/AQX) procure professional and IT support services via the AFLDP to assist with plans and policy development; education and training course design and execution; force development and senior leader development effort analysis; meeting facilitation; IT systems development, maintenance and administration; and program oversight.

_____

# Air Mobility Command (AMC) Civil Reserve Air Fleet (CRAF) Study

AMC has selected CLR to execute a major study to review the CRAF program, an air logistics operation vital to furnishing the US military with passenger and cargo support in times of war and peace. This is the third such review executed by CLR, which brings together retired flag officers from the USAF as well as executive-level leaders from the airline industry to produce proposals on updating CRAF policies in light of changing military requirements and economic realities.

_____

# Our Clients



Ex. C at Page 6

     

Copyright © 2023 Council for Logistics Research, Inc. - All Rights Reserved.

Home

About Us

Services

Projects

Careers

Contact Us

# EXHIBIT D

Mark Olcott, MD
San Diego Sector Supervising Physician
Loyal Source Government Services

August 3, 2021

Ray Perez
National Program Manager
Loyal Source Government Services

Dear Ray,

In order to eliminate conflict of interest as I begin a new position with Customs and Border Protection, I must resign from my role with Loyal Source Government Services effective at close of business August 31, 2021.

I have sincerely enjoyed working with the LSGS over the past two years. I congratulate you and the entire leadership team on the rapid development of medical units across the Southwest Border. I look forward to continuing collaboration with you and the entire LSGS Team.

Best regards,

Mark

# EXHIBIT E

**Alvarez, Christie**

| | |
|---|---|
| **From:** | MCMULLEN, DONNA R <donna.r.mcmullen@cbp.dhs.gov> |
| **Sent:** | Friday, May 13, 2022 1:25 PM |
| **To:** | MATTINGLY, ERIN O (CTR) |
| **Cc:** | Chad Janovec; HUNT, KIRK W |
| **Subject:** | [EXTERNAL] : Email Sent to LSGS Staff Without CO Approval |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Erin,

Regretfully, I understand that the email message below highlighted in gray, dated April 21, 2022, was sent to numerous LSGS employees directly from Troy Hendrickson, who was the CBP COR on this contract at the time. Through this correspondence, CBP is officially retracting those emails as they were not sent with CO approval. Further, CBP has implemented efforts to help ensure that those types of communications directly to LSGS staff will not occur in the future. To the extent you are amendable, CBP could work with LSGS on messaging the retraction to the staff who received the emails.

Please let me know how I can help with this.

---
**From:** OCMO NO REPLY <OCMONOREPLY@cbp.dhs.gov>
**Sent:** Thursday, April 21, 2022 1:40 PM
**To:** CAMACHO, DANIELA ( CTR ) <DANIELA.CAMACHO@associates.cbp.dhs.gov>
**Subject:** Contract Expiration, Recompete and Path Forward

Greetings,

OCMO appreciates all that you do in meeting the mission. As the COR, I know firsthand the anxiety and stress that comes with a contract coming up for expiration and recompete. I served in this same capacity myself as a contractor for various federal agencies for eighteen years before becoming a federal employee. Who is going to win the new contract, will I be picked up, will my current company have a position for me, so on and so forth? While the crystal ball is unclear and no one can predict the awardee, I can assure you that CBP needs both federal and contractor medical staff to do this mission and we need you and many others! While the new contract is slated to be awarded on July 29, your current Loyal Source contract will continue until midnight of September 29, 2022 at a minimum. Per the attached link, by Presidential Executive Order, I hope this offers you some peace as the procurement process unfolds. We simply cannot perform and meet the mission day to day without people like you helping us. Side by side, we will walk this path together. We appreciate your sacrifice and duties performed to meet this mission. Any non-compete agreements that may exist by any company are overridden by this Executive Order, to ensure current and future staffing models are viable.

Section 1. Policy. When a service contract expires, and a follow-on contract is awarded for the same or similar services, the Federal Government's procurement interests in economy and efficiency are best served when the successor contractor or subcontractor hires the predecessor's employees, thus avoiding displacement of these employees. Using a carryover work force reduces disruption in the delivery of services during the period of transition between contractors, maintains physical and information security, and provides the Federal Government with the benefits of an experienced and well-trained work force that is familiar with the Federal Government's personnel, facilities, and requirements. These same benefits are also often realized when a successor contractor or subcontractor performs the same or similar contract work at the same location where the predecessor contract was performed.

See below for the full Executive Order:

https://www.whitehouse.gov/briefing-room/presidential-actions/2021/11/18/executive-order-on-nondisplacement-of-qualified-workers-under-service-contracts/

Troy A. Hendrickson,
Contracting Officer Representative (COR)
Detail to CBP Operations Support,
Office of the Chief Medical Officer (OCMO),
Medical Services Contract (MSC) - Southwest Border Operations Support
Cell: 202-631-5502
On Leave: June 27-July 1

*This email is an auto-generated message.  Replies to automated messages are not monitored. Our Technology Service Desk is available to assist you 24 hours per day, 7 days per week at 1-800-927-8729.*

*DISCLAIMER: This message contains information related to government employees and is intended for the individuals' named.  If you are not one of the named addressees, you should not disseminate, distribute, or copy this e-mail.  You cannot use or forward any attachments in this email.  Please notify EMRSupport@cbp.dhs.gov immediately if you have received this e-mail by mistake and delete this email from your system.*

Respectfully,

Donna McMullen
Supervisory Contracting Officer
Border Enforcement Contracting Division
Mobile: 317-339-7189
FAX: 317 298-1344

Email:  donna.r.mcmullen@CBP.DHS.GOV



**Shine a Light**
Suicide Prevention and Awareness
**National Suicide Prevention Lifeline**
800-273-8255
**CBP Employee Assistance Program**
800-755-7002

IMPORTANT: This e-mail, including all attachments, constitute Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then immediately delete the e-mail.

# EXHIBIT F

**Alvarez, Christie**

| | |
|---|---|
| **From:** | MCMULLEN, DONNA R <donna.r.mcmullen@cbp.dhs.gov> |
| **Sent:** | Thursday, April 28, 2022 6:01 PM |
| **To:** | Chad Janovec |
| **Cc:** | Brian Moore; MATTINGLY, ERIN O (CTR); PEREZ, RAY (CTR); GOMEZ, MARK (CTR); CUNNINGHAM, DAVID (CTR); Ada DeGuzman; HUNT, KIRK W |
| **Subject:** | [EXTERNAL] : COR - 70B03C20F00001383 |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Chad,

This is to inform LSGS that Mr. Troy Hendrickson's COR authority has been terminated as of today, April 28, 2022.

A modification is forthcoming in the next few business days. I hope to name an interim or new COR in this modification.

Have a great evening.

R,
Donna McMullen
Supervisory Contracting Officer
Border Enforcement Contracting Division
Mobile: 317-339-7189
FAX: 317 298-1344

Email:   donna.r.mcmullen@CBP.DHS.GOV



**Shine a Light**
Suicide Prevention and Awareness
National Suicide Prevention Lifeline
800-273-8255
CBP Employee Assistance Program
800-755-7002

IMPORTANT: This e-mail, including all attachments, constitute Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then immediately delete the e-mail.

# EXHIBIT G

**From:**      MATTINGLY, ERIN O (CTR)
**To:**        Erin Mattingly
**Subject:**   FW: OCMO Budget Liaison
**Date:**      Friday, October 7, 2022 1:48:45 PM

---

**From:** MATTINGLY, ERIN O (CTR)
**Sent:** Monday, May 2, 2022 9:10 PM
**To:** Erin Mattingly <emattingly@loyalsource.com>
**Subject:** FW: OCMO Budget Liaison

---

**From:** HENDRICKSON, TROY A <TROY.A.HENDRICKSON@cbp.dhs.gov>
**Sent:** Monday, May 2, 2022 11:21 AM
**To:** Ada DeGuzman <adeguzman@loyalsource.com>
**Cc:** Sarah Clayton <sclayton@loyalsource.com>; PEREZ, RAY (CTR)
<RAY.PEREZ@associates.cbp.dhs.gov>; MATTINGLY, ERIN O (CTR)
<ERIN.O.MATTINGLY@associates.cbp.dhs.gov>; SMITH, GEOFFRY E
<GEOFFRY.E.SMITH@cbp.dhs.gov>; GRIMM, RYAN (NGL) <RYAN.J.GRIMM@cbp.dhs.gov>
**Subject:** OCMO Budget Liaison

Hi Ada,

Great chatting with you moments ago.  As a follow up, I will be continuing as the OCMO MSC budget liaison, so you and I will continue working together moving forward.  A new COR will be appointed to work all new invoices and will be briefed upon appointment to start overseeing invoice intake, work with OCMO TOMS, review, and approve in IPP moving forward.  I will setup a meeting between you, OCMO, and the new COR once appointed, to ensure nothing gets dropped that we have worked so hard on.  I have some budget meetings today to know what CLINS should be invoiced against, and when new money will need to be added.  Talk soon.

Troy A. Hendrickson,
Detailed to Operations Support (OS) - Office of the Chief Medical Officer (OCMO)
Southwest Border Medical Services Contract (MSC)
Cell: 202-631-5502
On Leave:  June 27-July 1



# EXHIBIT H

**Ryan O'Quinn**

---

| | |
|---|---|
| **From:** | Ryan O'Quinn |
| **Sent:** | Tuesday, November 8, 2022 11:45 AM |
| **To:** | asher.shapiro@oig.dhs.gov |
| **Subject:** | Report of Potential Gross Mismanagement of a Federal Contract - FOIA Confidential Treatment Requested |
| **Attachments:** | Exh. H_Vighter Article.pdf; Exh. C_COR Email Without CO Approval_PROTECTED.pdf; Exh. N_Vighter FSS.pdf; Exh. E_COR Termination_PROTECTED.pdf; CBP CPAR.pdf |

Asher:

In our call the other day, I referenced an organizational conflict of interest (OCI) that adversely affected the procurement process related to Solicitation 70CDCR21R00000008. The initial source selection for Solicitation 70CDCR21R00000008 (published in September 2022) awarded an over $1 billion services contract to a relatively unknown company – one whose FSS schedule lacks a specified SIN (621-004 Physician – Pediatrician) required to participate in the solicitation. See attached Ex. N. Although, we were surprised by the decision to award the contract to Vighter, LLC , a fairly ***novice bidder whose quotation price vastly exceeded the incumbent's quotation price***, that was not the most alarming concern.  Instead, we were focused on Vighter, LLC's post-award announcement that a company named Council For Logistics Research (CLR) was among Vighter's teaming partners.  Three companies filed protests with the GAO, and on November 2nd the CBP filed notice of its intention to take corrective action and to issue a new source selection. Despite the fact that the protests were successful, we believe it remains appropriate to draw your attention to Solicitation 70CDCR21R00000008.  Our concerns include events leading up to Solicitation 70CDCR21R00000008, the circumstances of the initial award, publicly available information announced by the "Vighter Team," numerous experiences with specific CBP employees with influence over the procurement process, and CLR's unequal access to confidential information and ability to influence and manipulate formal oversight functions to improperly advantage the quotation of a teaming partner in a future solicitation process.

To understand the nature and significance of CLR's organizational conflict of interest, I will provide some context.  Seven years ago, Loyal Source Government Services, LLC was contracted by the CBP to provide health screening services at three (3) detention facilities on the Mexican border.  Over seven years of contract performance and numerous extensions, the needs of the CBP grew, requiring Loyal Source to develop and implement a custom-designed health system with a workforce of more than 1000 people operating in 83 locations, often in austere and remote conditions. Over the period of performance, Loyal Source operated subject to numerous layers of oversight, and the CBP recorded the results of that oversight through numerous formal reviews.  The official Contractor Performance Assessment Reports (CPAR) for the entire period evidence strong performance.  I have attached an example CPAR from August 2022.

In December 2021, a CBP official with extensive historical knowledge of Loyal Source's work on the border wrote:

Loyal Source's contribution, over the past 6 years, is significant and noteworthy. LSGS CBP
were the architect in shaping CBP medical processes that positively impact the care and treatr
a million detainees annually.  LSGS is considered the "Gold Standard" for detainee care by t
Chief Medical Officer (OCMO) Customs and Border Protection, Department of Homeland So
Health and Human Services.  -LSGS National leadership helped develop and shape a NEW U
Healthcare System that will be adopted as best business practice for care of underserved popu
migrant services.  Additionally, throughout 2020 and 2021, LSGS demonstrated extreme flex
shifting resources during surge operations to manage the dynamic detainee flow across the sou
border. LSGS was able to flex and establish three soft sided facilities in rapid time for severel
sectors to maximize operational capability and efficiency. Responsive to all challenges, LSGS
immediate relief for Temporary Outdoor Processing Stations in RGV and Del Rio Sectors, alc
rapid response to Dulles Airport for rapid processing of foreign nationals.

Despite the fact that Loyal Source: (a) designed the health system that was subject to the quotation; (b) had numerous
excellent reviews of past performance labeling it the "'Gold Standard' for detainee care"; and (c) quoted a price that was
dramatically lower than the price quoted by Vighter, LLC --- the agency awarded the new contract to Vighter, LLC.
Immediately after the award, Vighter, LLC issued a self-congratulatory press release identifying the teaming partners
that worked together strategically to win the contract. See Ex. H.  Vighter, LLC's own press release explained that the
team's coordinated effort to target this contract began as early as 2019, long before Solicitation 70CDCR21R00000008
was publicly posted. See Ex. H. (further explaining that by May 2020, Vighter received its 621-I contract award and began
an active effort to "to improve its chances of winning the CBP Medical Screening Services contract").

During the same period that Vighter acknowledged its team was actively working "to improve its chances of winning the
CBP Medical Screening Services contract," Vighter's teaming partner (CLR) secured two CBP contracts that supported
Loyal Source's CBP contract.  Those contracts gave Vighter's team special access to Loyal Source's confidential
information by endowing CLR with formal oversight and review authority over Loyal Source's performance (and the
ability to improperly influence the OCMO's perception of services delivered under the incumbent CBP Medical Screening
Services contract).  Under the Contract 70B06C20F00000744 - Administrative Support Medical Services (awarded July
2020), CLR was given a key oversight and review role over Loyal Source's Medical Quality Management (MQM) program,
giving CLR extraordinary access to information related to logistics and staffing levels, proprietary processes and
procedures, and access to confidential reports submitted to OCMO. Through Contract 70B06C21F00000491 - EMR
Phase II Technical and Operational Support (awarded May 2021), CLR obtained unequal and advantageous access to
detailed information about CBP's roll out of the Electronic Medical Records (EMR) systems, including current and
planned features and functions expressly included in Solicitation 70CDCR21R00000008.  CLR's employees also had
direct access and influence over OCMO, which in turn actively participated in the procurement process that created
Solicitation 70CDCR21R00000008 and resulted in the (now stayed) source selection in favor of Vighter, LLC.

On information and belief, CLR's unequal and advantageous access to information under contracts
70B06C20F00000744 and 70B06C21F00000491 paralleled efforts by a CBP employee named Troy Hendrickson, who held
a position within OCMO from at least mid-2021 through the present. Mr. Hendrickson was unusually vocal and
personally interested in the 2022 solicitation process that became Solicitation 70CDCR21R00000008, clearly indicating a
personal interest to capriciously engineer an award to a company other than Loyal Source. Loyal Source was
contemporaneously informed by other market participants the Mr. Hendrickson was actively contacting private
companies to attract other bidders to the anticipated solicitation.  Mr. Hendrickson's conduct became so erratic and
capricious, he was abruptly terminated as the COR on April 28, 2022. See Ex. E. Mr. Hendrickson's termination
immediately followed discovery of an improper and unauthorized April 21, 2022 email sent by Mr. Hendrickson to all of
Loyal Source's employees within CBP facilities advising them to disregard their non-compete covenants following the
source selection in the anticipated RFQ and award process.  See Ex. C.

The full context of Loyal Source's experience and resulting concerns are too extensive to set forth in this e-mail.  However, Loyal Source is willing to provide additional details and information should you wish to develop your factual understanding of this referral.  The sum of those facts and circumstances provides a reasonable basis to assert that CLR's (and thereby Vighter, LLC's) unequal and advantageous access to information and position of oversight and review created a significant impairment to objectivity that could not be mitigated. The GAO has explained that "[t]he FAR recognizes … that some organizational conflicts of interest cannot be mitigated." See *Aetna Government Health Plans, Inc.*, B-254397 *et al.*, Jul. 27, 1995, 95-2 CPD ¶ 129 (where the GAO found that an awardee's proposed use of a subcontractor whose affiliate was tasked with evaluating proposals for the procuring agency created a significant impaired objectivity OCI that could not be mitigated).  Because Vighter's teaming partner clearly had an insurmountable OCI, the procurement process was clearly improper and unreasonable.  Moreover, where an unmitigated OCI relates to and may result from the official conduct of a government employee (Mr. Hendrickson), the Office of Inspector General has an interest in investigating facts and circumstances that led to such a significant systemic injustice.

Please let me know if you would like additional information related to this referral.

**Ryan Dwight O'Quinn**
*President and Chief Legal Officer*
12612 Challenger Parkway Suite 365, Orlando, Florida, 32826
M: 305.588.8023 O: 407.306.8441 F: 321.396.5796
ROQuinn@loyalsource.com

This report of potential gross mismanagement of a federal contract is covered by 41 U.S.C. § 4712.
FOIA Confidential Treatment Requested

# EXHIBIT I

**Ryan O'Quinn**

| | |
|---|---|
| **From:** | SHEPLEY, CRAIG S <CRAIG.S.SHEPLEY@cbp.dhs.gov> |
| **Sent:** | Friday, May 19, 2023 6:09 PM |
| **To:** | Brian Moore; Ray Perez; Mark Gomez; Erin Mattingly; Ryan O'Quinn |
| **Cc:** | TARANTINO, DAVID A; Eastman, Alexander; MCMULLEN, DONNA R; HUNT, KIRK W; HOLLIDAY, PATRICIA; ANSICK, SHARON; WHELPLEY, MARGARET (MEG) S; MARTEL, JOHN W (CTR); PACHCIARZ, BRETT A; MACAL, LEONOR; ALMANZA, ELIZABETH; CARRASCO, GERARDO A |
| **Subject:** | DHS Medical Review |

Brian, Ray, Mark, Ryan and Erin, DHS and OCMO are requesting your support with a medical review at the Harlingen Station. DHS CMO Herb Wolfe, DHS Senior Medical Officer Dr. Alex Eastmen, Flores Monitor Dr. Paul Wise and members of OCMO will be at Harlingen Station on Monday May 22, 2023 to have a medical review of the death in custody of the child. This meeting is informational and not an investigation. We are requesting that the LSGS Providers and Support that were on duty at the time if incident be made available on Monday morning to discuss with DHS. The time is TDB but it should take place in the morning. If the providers or support staff are off duty they will compensated with overtime for their attendance. Please advise of their attendance and the attendance of any members of LSGS. Thank you and appreciated.

Craig Shepley
Division Chief/Program Manager
USBP/OCMO
Medical Service Contracts
586-713-6240

# EXHIBIT J

**Ryan O'Quinn**

---

| | |
|---|---|
| **From:** | Erin Mattingly |
| **Sent:** | Monday, August 7, 2023 4:25 PM |
| **To:** | Ryan O'Quinn; Chad Janovec |
| **Subject:** | RE: Meeting with Dr. Martel |

Categorization | Private

Yes.



## Erin Mattingly

Senior Director of Strategic Development

Loyal Source Government Services

Phone: 404-357-4987 Email: emattingly@loyalsource.com

Address: 12612 Challenger Pkwy, Ste. 365, Orlando, FL. 32826

Website: Loyalsource.com

  

---

**From:** Ryan O'Quinn <roquinn@loyalsource.com>
**Sent:** Monday, August 7, 2023 4:19 PM
**To:** Erin Mattingly <emattingly@loyalsource.com>; Chad Janovec <cjanovec@loyalsource.com>
**Subject:** Re: Meeting with Dr. Martel

Categorization | Private

Did this happen?

Get Outlook for iOS

2023 © LoyalSource.com

---

**From:** Erin Mattingly <emattingly@loyalsource.com>
**Sent:** Friday, April 14, 2023 9:12:44 AM
**To:** Ryan O'Quinn <roquinn@loyalsource.com>; Chad Janovec <cjanovec@loyalsource.com>
**Subject:** FW: Meeting with Dr. Martel

Categorization | Private

Ryan and Chad,

Please see the note below. I'm reaching to OCMO about the visit/to find out more information. Per Ray, he previously oversaw resilience at HQ on the Govt side but must have switched over to contract. I suspect he is in a role similar to Dr. Olcott as staff aug. I'll keep you both posted.
Erin



**Erin Mattingly**

Senior Director of Strategic Development
**Loyal Source Government Services**
c:  404-357-4987
a:  12612 Challenger Parkway Suite 365, Orlando, Florida, 32826
w:  www.loyalsource.com  e:  Emattingly@loyalsource.com

    

---

**From:** Erin Mattingly <emattingly@loyalsource.com>
**Sent:** Thursday, April 13, 2023 6:25 PM
**To:** Guadalupe Madrid <gmadrid@loyalsource.com>
**Subject:** Re: Meeting with Dr. Martel

Thanks, Lupe. Let me look into this and I'll get back to you. Want to raise it to OCMO prior to you responding. Thanks again! Great job bringing it to my attention!
Erin

Erin Mattingly
Senior Director of Strategic Development
Loyal Source Government Services
C: 404.357.4987
Emattingly@loyalsource.com

---

**From:** Guadalupe Madrid <gmadrid@loyalsource.com>
**Sent:** Thursday, April 13, 2023 6:23:26 PM
**To:** Erin Mattingly <emattingly@loyalsource.com>
**Subject:** FW: Meeting with Dr. Martel

Categorization | Private

Here is the request to meet with Medical Officer.

Guadalupe Madrid, PhD LPC-S
Behavioral Health Advisor (BHA)
e: gmadrid@loyalsource.com
w: www.loyalsource.com



CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you have received this email in error, please notify the send by email, delete and destroy this message and it's attachment. If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** CORDERO, RAMIRO E <RAMIRO.E.CORDERO@CBP.DHS.GOV>
**Sent:** Wednesday, April 12, 2023 6:59 AM
**To:** Guadalupe Madrid <gmadrid@loyalsource.com>
**Cc:** MORENO, SALVADOR <SALVADOR.MORENO@CBP.DHS.GOV>
**Subject:** Meeting with Dr. Martel

Good Morning Ms. Madrid;

Dr. John Martel, Medical Officer is planning on visiting El Paso May 1-5 and would like to meet with you, can you please let me know if you would be available and if so what dates/times would best work for you.

Thank you

**John W Martel, MD, PhD, FACEP**
Contractor
Medical Officer, US Border Patrol
4S/Council for Logistics Research, Inc
Supporting the Office of the Chief Medical Officer
US Customs and Border Protection


*Ramiro E. Cordero*
Special Operations Supervisor-Training/Recruitment
El Paso Sector
(915) 834-8880 office
(915) 238-4244


*"We must free ourselves of the hope that the sea will ever rest. We must learn to sail in high winds."*
*Aristotle Onassis*


2023 © LoyalSource.com


2023 © LoyalSource.com


2023 © LoyalSource.com

# EXHIBIT K



USA TODAY

---

**NATION**          **U.S. Customs and Border Protection**     Add Topic

# 8-year-old who died in Border Patrol custody had fever of 104.9; internal review finds failures



**Jeanine Santucci**
USA TODAY

June 2, 2023, 1:03 p.m. ET

The 8-year-old girl who died in U.S. Border Patrol custody in Texas was seen by medical staff numerous times and had a fever that topped out at nearly 105 degrees, but officials still denied her family's requests for an ambulance, an internal investigation has found.

The girl, Anadith Tanay Reyes Alvarez, died last month after what U.S. Customs and Border Protection described as a "medical emergency." Anadith, who was from Panama, was traveling with her family and was in custody at Harlingen Station in the Rio Grande Valley, minutes from the border with Mexico.

The agency said Thursday that its Office of Professional Responsibility is continuing an internal investigation into Anadith's death on May 17, and has found failures to document medical encounters and refusals to review her records or take the child for higher-level care.

"They killed my daughter, because she was nearly a day and a half without being able to breathe," Anadith's mother, Mabel Alvarez Benedicks, told the Associated Press after her daughter's death. "She cried and begged

Ex. K at Page 1

for her life and they ignored her. They didn't do anything for her."

## Investigation: Girl was treated 9 times in 3 days

Anadith, her two siblings and her parents crossed the border into Texas on May 9, according to her mother. They were transferred to Harlingen Station the evening of May 14. CBP found that between the evening of May 14 and morning of May 17, Anadith was seen by medical staff nine times.

She had a fever, flu-like symptoms and pain, a statement from the agency says. Anadith also was struggling to breathe and couldn't walk, her mother told the Associated Press after she died.

Her fever peaked at 104.9 degrees on May 16, CBP said.

**PREVIOUSLY:** Mother of child who died in Border Patrol custody says pleas were ignored

"Despite the girl's condition, her mother's concerns, and the series of treatments required to manage her condition, contracted medical personnel did not transfer her to a hospital for higher-level care," the CBP statement reads.

Instead, medical personnel, who were contracted to work with the agency, treated Anadith with ice packs, fever-reducing medicine and a cold shower.

Anadith was seen by medical staff at least four times the day she died, CBP said. She had a stomachache, nausea and difficulty breathing that morning. A nurse practitioner gave her medicine for nausea.

That day, CBP said, a nurse practitioner "reported denying three or four requests from the girl's mother for an ambulance to be called or for her to be taken to the hospital."

Later in the day, Anadith was seen again by the nurse practitioner after she had an apparent seizure. She became unresponsive and emergency services were called while staff performed CPR. She was pronounced dead that afternoon at a hospital.

## Medical staff didn't review child's records

Anadith had a preexisting heart condition that required surgery when she was younger and sickle cell anemia, her family said after her death. The CBP investigation found no medical staff or Border Patrol agents who interacted with her or her family acknowledged being aware of the girl's medical history. Alvarez Benedicks told the AP after her daughter's death that staff were aware of the girl's medically fragile state.

The agency also found a medical employee brought a "pile of documents" and some medication from the family's property to the nurse practitioner who was treating Anadith, and the nurse practitioner declined to look at the records.

The medical staff who saw Anadith at Harlingen Station didn't consult with on-call physicians available, including a pediatrician, the CBP review found.

"The contracted medical personnel failed to document numerous medical encounters, emergency antipyretic interventions, and administrations of medicine," CBP said.

**READ MORE:**  Catch in federal funding leaves border cities unable to house or feed undocumented migrants

## CBP leader: Death was 'unacceptable'

Anadith was the second child to die in custody in one month, prompting criticism about whether the agency properly handled the situations.

Troy Miller, the acting commissioner of CBP, said in a statement Thursday that Anadith's death was "deeply upsetting and unacceptable tragedy."

"We can – and we will – do better to ensure this never happens again," Miller said.

Miller said the agency has directed a review of all medically vulnerable people in its custody after the death. He said CBP has reduced the average time in custody for families by more than 50% in the last two weeks. Starting next week, he said, the Department of Health and Human Services will deploy uniformed clinicians to border patrol sites to provide more medical oversight.

CBP also repaired security cameras in Harlingen Station that were found to be not working at the time Anadith was in custody, Miller said.

# EXHIBIT L

🕐 This article was published more than **1 year ago**

*Democracy Dies in Darkness*

**Immigration**

# Before child died in custody, CBP tried to replace medical contractor

August 25, 2023

 By Nick Miroff

The company operating the medical ward where <u>an 8-year-old girl died while in U.S. border custody</u> in May was not approved for a new contract last year but remains on the job because U.S. Customs and Border Protection has failed to hire a replacement, federal records show.

The company, Florida-based Loyal Source Government Services, provides medical services for several federal agencies including CBP, which operates dozens of facilities where migrants are temporarily detained.

Loyal Source has obtained CBP contracts worth at least $630 million since 2015, according to government records. Over the past nine months, the company has slowed the agency's attempts to hire a different medical provider by filing protests about contract requirements, records show.

Loyal Source's quality of care and staffing have been under scrutiny since the May 17 death of Anadith Danay Reyes Alvarez, who was infected with the flu while in CBP custody after crossing the Rio Grande into South Texas with her family. As the child's symptoms worsened and her mother pleaded for urgent care, the medical staff did not call a doctor and mishandled files showing Reyes Alvarez had a heart condition and sickle cell disease, <u>according to a CBP timeline</u>.

Federal court records also show the company is a defendant in a lawsuit filed by a Guatemalan mother alleging Loyal Source staff members and U.S. authorities failed to provide proper medical care to her 14-month-old daughter after she contracted the flu in U.S. custody in 2019. The child spent months in intensive care and suffered long-term cognitive and physical impairment, according to the lawsuit.

Loyal Source did not respond to emails and calls, and the company has not spoken publicly about Reyes Alvarez's death. Its website does not list a media or communications contact. Attorneys representing Loyal Source in the 2019 case did not respond to inquiries.

CBP's current contract dispute with Loyal Source, which has not been previously reported, adds strain to the government's underline[chronic struggle to provide medical care for the hundreds of thousands of children] crossing into the United States each year alone or with their families.

Loyal Source and two other companies filed protests about the selection process after CBP tried to hire one of their competitors last September. CBP amended its requirements in response, but Loyal Source filed additional protests.

The Government Accountability Office, the federal entity that arbitrates federal contracting disputes, denied Loyal Source's protests in March, saying CBP "acted reasonably and within its discretion."

CBP officials familiar with Loyal Source's operations said the company's staff has often been stretched thin, shuttling back and forth between border facilities to cover vacancies.

Many of the border communities where CBP operates are in rural areas with limited medical care, and providers in those areas say hiring and retaining doctors, nurses and other staff members is a significant challenge. Large swings in the number of monthly border crossings can be a burden for government contractors who may not be able to hire quickly enough to keep pace.

The death of Reyes Alvarez has exposed deficiencies in CBP care that were largely glossed over during the pandemic, when most migrant families were quickly released from custody or expelled to Mexico in a matter of hours, according to experts familiar with migrant medical services.

Illegal crossings along the southern border rose 33 percent from June to July, from 99,539 to 132,652, according to the latest CBP enforcement data. Almost half of the migrants taken into CBP custody last month were parents with children arriving as part of a family group — the highest share since 2019.

**Southwest border apprehensions by month**

Illegal crossings at the U.S.-Mexico border have declined in 2024, according to U.S. Customs and Border Protection data.

Jan. '20          Jan. '21          Jan. '22          Jan. '23          Jan. '24

Source: U.S. Customs and Border Protection data. Updated monthly.

Paul Wise, a Stanford University pediatrician appointed by the federal court system to monitor medical care for underage migrants, called the death of Reyes Alvarez "clearly preventable" in a July 18 report to the U.S. District Court in California that oversees the care of minors in U.S. immigration custody.

Wise wrote that the child's death raises "profound concerns regarding not only the direct care she received but also the custodial and medical systems that failed to prevent [Reyes Alvarez's] clinical deterioration and death."

Wise did not respond to requests for comment.

# Pleas for help

Born in Panama to Honduran parents, Reyes Alvarez was diagnosed with influenza after being in U.S. custody five days and transferred to a Border Patrol station used as a medical isolation ward, according to CBP records and federal court filings.

An autopsy of Reyes Alvarez showed the child's lungs had filled with fluid on the day she lost consciousness and died. Mabel Alvarez Benedicks, the girl's mother, told reporters her daughter had cried and begged for her life as she grew sicker and Loyal Source medical staff members refused more advanced care.

"Only after [Reyes Alvarez] lost consciousness and suffered an apparent cardiac arrest was an ambulance called," Wise wrote in his report to the federal court system.

CBP responded to the child's death by opening an investigation, barring several Loyal Source staff members from border facilities and launching a review of CBP's own medical care practices and record-keeping. In June, the Department of Homeland Security removed CBP's top medical officer, David Tarantino, who was responsible for overseeing the Loyal Source contract.

"As CBP works to implement required improvements to our medical care policies and processes, including from the ongoing investigation into the tragic in-custody death of a child in Harlingen, we are bringing in additional senior leadership to drive action across the agency," the agency said in June.

DHS acting chief medical officer Herbert O. Wolfe told CBP in a June 8 memo that the Border Patrol station where the girl and her family were held "lacked sufficient medical engagement and accountability to ensure safe, effective, humane and well-documented medical care."

Wolfe's memo to CBP acting commissioner Troy Miller described poor communication among staff members, an ad hoc system for managing medical records and a lack of clear guidelines for seeking help from doctors. The Loyal Source-run medical ward had a list of on-call doctors and pediatricians that was "out of date" because it was used so rarely, according to Wolfe's memo, a copy of which was obtained by The Washington Post.

Loyal Source has not responded publicly to Wolfe's memo or Wise's report.

CBP officials said they are closely monitoring the quality of Loyal Source medical services following Reyes Alvarez's death. The agency said it is trying to help the company become more efficient in its hiring efforts and said Loyal Source has increased its staffing levels 50 percent over the past year.

"CBP has built 11 facilities over the past two years that include dedicated space for medical triage and management of basic care, as well as isolation areas for communicable diseases," CBP spokesperson Erin Waters said in a statement. "Those facilities and others along the border have been bolstered by over 1,000 medical personnel who have been contracted as part of wrap-around services funded by Congress."

CBP officials said they are prepared to replace Loyal Source with another provider if the company fails to fulfill its contractual obligations to properly staff U.S. facilities. In the meantime, the agency said it continues to seek a new long-term contract and evaluate providers' bids.

Federal contracting records show that in September 2022, CBP tried to hire Vighter, a Texas-based medical provider, for a five-year, $1 billion contract scheduled to take effect in March. But that award was blocked when Loyal Source and two other companies filed their protests to the GAO.

CBP is still paying Loyal Source nearly $25 million per month to provide medical care at Border Patrol facilities because it has not awarded a new contract.

CBP did not say when it would award a new contract nor whether Vighter remained the front-runner. Vighter did not respond to a request for comment.

CBP said it will continue to rely on Loyal Source medical staff members until a new contract is finalized, and the current arrangement with the company can be extended through December if necessary. Agency officials did not say if Loyal Source has been ruled out as a potential recipient for a new contract, but past performance would be taken into account when evaluating bids.

Mark Travasso, an infectious-disease specialist and pediatrician at the University of Maryland, said U.S. border authorities need to make sure children in U.S. custody are treated by medical personnel with pediatric expertise.

"Children require specialized care and equipment," said Travasso, who has reviewed the medical records of two children who died in 2018 after being taken into CBP custody.

"Even if you're having them be seen by adult care providers, it's not appropriate personnel," said Travasso in an interview. "If they're taken care of by individuals without that expertise, it's medical mismanagement."

# Another tragedy

Court records show Loyal Source is a defendant in a $6 million lawsuit filed by Arlyn Roque, a Guatemalan mother whose family allegedly experienced a medical ordeal in CBP custody in 2019 similar to that of Reyes Alvarez.

Roque was 17 when she crossed into the United States near McAllen, Tex., in June 2019 with her 14-month-old daughter. After several days in Border Patrol custody, the infant began vomiting and running a fever, according to the lawsuit. Roque said her requests for emergency medical care were ignored by Loyal Source staff members as the baby's condition worsened.

After 10 days, the child was admitted to a hospital with "severe respiratory distress" and intubated, medical records show. The girl was transferred to a hospital in San Antonio for more advanced treatment five days later and placed on oxygen therapy. Two weeks later, she was flown to a medical center in New York City.

The child remained in long-term care for at least five months while undergoing rehabilitation and suffered physical and cognitive impairment, according to the lawsuit, which has not been previously reported.

Meagher & Meagher, a White Plains, N.Y., law firm representing Roque, did not respond to calls and emails. A person who answered the phone at the Roque's last known address said the family no longer lived there.

CBP said it could not comment on pending litigation, but attorneys for the government have denied allegations of malpractice and negligence.

Loyal Source attorneys say the child had a fever when she arrived at CBP custody and received treatment from the company's staff, according to court filings. Her condition improved, but when her fever and symptoms returned, she was transferred to a hospital, according to the Loyal Source attorneys. Their motion to move the trial from New York to Texas was granted last year.

Record numbers of migrant families crossed the U.S. southern border illegally in 2018 and 2019, putting hundreds of thousands of teens and children through crowded CBP facilities where infectious diseases can spread quickly. The deaths of seven minors during that period prompted Homeland Security officials to begin building a more robust system of medical care after relying for years primarily on Border Patrol agents with emergency medical training.

CBP policy directs agents to transfer families out of its facilities within 72 hours, but during periods of peak migration when the agency is overwhelmed, teens and children have been held far longer. Unlike U.S. Immigration and Customs Enforcement, which operates a nationwide network of jails and detention centers, CBP has not developed a modern system for managing the medical records and files, according to agency officials.

Miller said in a statement that his agency has undertaken significant steps to address shortcomings and "ensure that medically fragile individuals and family units receive the best possible care and spend the minimum amount of time possible in CBP custody."

That goal sometimes clashes with the Biden administration's determination to increase deportations of migrant families at a time when nearly half of illegal border crossings consist of parents with children. The 72-hour detention policy for families in CBP custody generally does not afford U.S. authorities enough time to process parents with children and prepare their deportation.

The Biden administration shut down the three family detention centers operated by ICE in 2021.

As the number of migrants crossing as part of a family group rises, the administration in recent weeks has been highlighting its deportation flights for families and expanding its use of climate-controlled tent facilities where conditions are more child-appropriate than the austere detention cells of traditional bricks-and-mortar Border Patrol stations.

Loyal Source staff members provide medical services at both types of facilities.

*Researcher Magda Jean-Louis contributed to this report.*

**What readers are saying**

The comments express strong criticism of the U.S. immigration system and the handling of medical care for immigrant children. Many commenters highlight systemic issues, such as inadequate medical care and the need for comprehensive immigration reform. There is also criticism of...   Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

# EXHIBIT M

🕐 This article was published more than **1 year ago**

*Democracy Dies in Darkness*

**Immigration**

# Medical provider vying for border contract faces scrutiny after girl's death

November 19, 2023

 By <u>Nick Miroff</u>

A medical services company whose quality of care is a focus of a probe launched after the death of an 8-year-old girl in U.S. border custody has been selected as a finalist for a new $1.5 billion government contract, a Washington Post investigation has found.

Florida-based Loyal Source Government Services is among a half-dozen companies under consideration for the five-year contract to provide medical screening and services for the thousands of migrants detained each day along the southern border, according to three U.S. Customs and Border Protection officials and records obtained by The Post.

Loyal Source has been the primary medical services provider for CBP since 2020, and has obtained CBP contracts worth roughly $700 million since 2015, government records show.

The company has struggled for years to staff border facilities with nurses and doctors, often using lower-level emergency medical technicians earning a third of the pay or less, according to two current employees who spoke to The Post on the condition of anonymity because they could be fired for speaking to reporters.

Officials at CBP, which is conducting the investigation, say Loyal Source is the only company currently large enough to deliver medical services at the scale needed by the government. But medical officers and investigators at the agency have raised growing concerns about the quality and safety of that care.

CBP sent Loyal Source a letter Aug. 10 describing widespread problems with the company's performance on its current $25 million-per-month contract, including chronic staff shortages, excessive travel expenses and error-plagued record-keeping, according to two CBP officials who were not authorized to discuss the letter, which has not been previously reported. The warning, known as a cure notice, is the formal mechanism used by the federal government to alert contractors that they are at risk of suspension or termination.

CBP officials declined to discuss the notice. "The health and safety of individuals in our custody, our workforce, and communities we serve is a top priority," the agency said in a statement to The Post. "CBP is dedicated to the ongoing review and evaluation of our practices to ensure that all individuals in our custody receive the best care possible."

For decades, emergency care in Border Patrol stations was provided primarily by agents with basic medical training. The stations were designed to hold adult migrants for short stays, not families with children.

But with record numbers of people crossing the border — and many spending longer periods in U.S. custody — CBP has been under growing pressure to develop its own medical-care system. The agency urgently sought outside help after the deaths of several children along the border in 2018 and 2019.

Border Patrol stations in remote areas are the most difficult to staff. They present significant risks because smuggling organizations send large groups of families with children to those locations, a tactic used to overwhelm and distract U.S. agents. Migrants often arrive injured and dehydrated at those locations after walking long distances through rough terrain, the Loyal Source employees said.

One employee who has EMT certification said he makes about $20 an hour, up from $16.75 when he started. He said he is often the only medical-care provider at stations in Texas, New Mexico and Arizona where 200 to 300 migrants sometimes arrive during a single shift.

The agency also has employed certified nursing assistants with less training than EMTs, the employee said. "So many of them come from nursing homes having only worked in support roles, like changing bedsheets and things like that," he said.

More than 2 million migrants were taken into Border Patrol custody during the 2023 fiscal year that ended Sept. 30, a historically high number for the second consecutive year. Record numbers of families with children have been crossing illegally, and the winter flu season creates added risk in crowded facilities where infections spread quickly.

Loyal Source's performance came under greater scrutiny after CBP began investigating the death of 8-year-old Anadith Danay Reyes Álvarez, who was held in U.S. custody for nine days after crossing the border illegally with her family in May.

As Anadith, who was born in Panama, fell ill and her condition deteriorated, Loyal Source medical staff denied requests from her mother for urgent medical attention, according to CBP investigators and a court-appointed pediatrician who oversees care for migrant children in U.S. custody. The staff also mishandled records showing the girl had a heart condition and sickle cell anemia.

Despite those findings and rare public criticism of the company's performance from CBP, Loyal Source was added last month to the shortlist of companies vying for the new contract. A CBP advisory board did not recommend Loyal Source for the next round of consideration, but the agency's procurement office overruled the board's findings, according to the three CBP officials, who spoke on the condition of anonymity because they are prohibited from discussing the selection process.

The contract selection was structured in a way that a company's past performance could not be considered as a factor during the first phase, but it will become a part of the process in the second phase, the officials said.

In a statement, CBP declined to respond to questions about the contract selection, citing "procurement sensitive information."

"CBP is intensely focused on ensuring that the procurement process is conducted correctly and with the utmost integrity and professionalism," the statement said.

CBP's Office of Professional Responsibility, the agency's internal affairs division, continues to review Loyal Source's business practices and performance record, after assigning what is known as a "tiger team" of auditors, according to the three officials with knowledge of the probe. The investigators have recommended the suspension of Loyal Source's current contract, two of the officials said.

Brian Moore, the CEO of Loyal Source, declined requests for comment on the CBP investigation, the Aug. 10 cure notice and his company's track record, referring inquiries to CBP.

"Loyal Source is prohibited from responding to media inquiries regarding our CBP contract," Moore wrote in an email.

The $1.5 billion medical contract, which officials say will be among CBP's largest ever, has become an albatross for the agency after more than a year of administrative delays and disputes. CBP officials said they are especially anxious about discussing the contract publicly because the selection process has already triggered so many procedural challenges.

In September 2022, CBP tried to award the contract to another firm, Texas-based Vighter, but Loyal Source and other competitors filed protests to the Government Accountability Office alleging unfair treatment and procedural flaws.

CBP amended its contract requirements after the protests, but Loyal Source filed additional challenges to the GAO, the federal entity that arbitrates contract disputes. The GAO denied Loyal Source's protests in March, saying CBP had "acted reasonably and within its discretion."

GAO records show Loyal Source and at least one other company filed new protests Nov. 3. The notices do not indicate the basis for the challenges.

In the meantime, CBP continues to rely on Loyal Source for medical services as part of a sole-source contract extension due to expire at the end of December. In Border Patrol stations staffed with EMTs or health aides, higher-paid doctors and nurses are available for phone consultations. Those providers, however, are often located in other states and don't always respond to calls, the two current Loyal Source employees said.

In recent months, Loyal Source managers have expressed alarm at high numbers of employees calling out sick and failing to report for shifts, warning that they will face termination, according to internal emails obtained by The Post. Group messages among Loyal Source employees show pleas for help from staff who say they are the sole medical provider on duty and need backup.

A Loyal Source employee working in California said the company's staffing shortages would improve if the company offered bonuses and better pay. "The solution to filling shifts at these stations in the middle of nowhere is not that hard," the employee said. "Just pay $2 more per hour and I promise you the stations would be staffed."

Anadith Reyes Álvarez, whose parents are from Honduras, was diagnosed with influenza after five days in U.S. custody. She and her family were transferred to a Border Patrol station in Harlingen, Tex., that was designated as a medical isolation ward run by Loyal Source.

Mabel Álvarez Benedicks, the girl's mother, told reporters that Loyal Source medical staff refused more advanced care as her daughter grew sicker and begged for her life.

"Only after [Anadith] lost consciousness and suffered an apparent cardiac arrest was an ambulance called," wrote Paul Wise, the Stanford pediatrician appointed as an independent monitor for migrant juvenile care, in a report to the federal court system in July.

Wise called the child's death "clearly preventable" in his report. CBP investigators described "failures" by the Loyal Source staff and said the closed-circuit video system in the border station was not working at the time of the incident.

CBP responded to Anadith's death by banning several Loyal Source staff members from its border facilities. In June, the Department of Homeland Security reassigned CBP's top medical officer and replaced him with Alexander Eastman, a senior DHS medical official.

A DHS medical team that investigated the child's death told CBP in June that the health-care system run by Loyal Source was unsafe and needed systemic changes. CBP officials said they have undertaken steps to ensure medically fragile people receive quality care.

The agency "will continue to review procedures, practices, and equipment," including prioritizing families for faster processing to minimize the amount of time children spend in U.S. custody, according to the statement.

The GAO has 100 days to rule on the latest protests. Unless the GAO agrees to fast-track its rulings, CBP will have to wait until next year to announce the new contract, one official said, and Loyal Source will remain on the job.

**What readers are saying**

The comments express strong criticism of the government contracting process, particularly regarding Loyal Source Government Services, a Florida-based company providing medical services to migrants at the border. Many commenters highlight issues of corruption, inadequate care, and... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

# EXHIBIT N



November 28, 2023

*Sent Via E-mail*: donna.r.mcmullen@CBP.DHS.GOV

Ms. Donna R. McMullen
Supervisory Contracting Officer
U.S. Department of Homeland Security
Customs and Border Protection
4760 N. Oracle Rd., Suite 100
Tucson, AZ 85705

Dear Ms. McMullen,

Loyal Source appreciates your continued assistance as we collaboratively work to support the Customs and Border Protection's ("CBP" or "Agency") important mission during the contract extension period. As you know, Loyal Source has previously addressed concerns with you related to CBP officials improperly sharing information with the news media. Specifically, on September 7, 2023, we sent you the attached letter via e-mail (*see* Attachment A), and expressed our concerns that CBP officials had improperly shared sensitive information with the media, mischaracterized Loyal Source's performance record under the CBP contract, and made comments suggesting an improper bias against Loyal Source in the ongoing procurement. Unfortunately, the concerns we previously communicated to you have not been addressed. Rather, they persist and have become more egregious, as evidenced by a recent article published in the Washington Post. Troublingly, the article includes misinformation related to Loyal Source's performance under contracts 70B03C20F00001383 and 70B03C23F00000272 (the "Contracts") for Medical Screening Services at the Southwest Border, and raises serious concerns regarding the propriety of the procurement process in the on-going procurement for those same services under Solicitation No. 70B03C22Q00000081.

This recent article has exacerbated existing problems and raises new, concerning issues. In particular, this article 1) confirms a violation of the Procurement Integrity Act ("PIA") by at least three CBP officials; 2) demonstrates an improper bias against Loyal Source in the on-going procurement; and 3) mischaracterizes Loyal Source's performance record under the Contracts. As you may know, CBP Office of Professional Responsibility has already opened an investigation into this matter, OPR Case No. 202402346. We respectfully request your assistance and assurances to help address these concerns promptly and in accordance with applicable law and regulation.

### A. Agency Officials Have Violated The Procurement Integrity Act.

Federal Acquisition Regulation ("FAR") 3.104-3(a)(1) prohibits the disclosure of contractor bid or proposal information and source selection information before the award of a Federal procurement to which the information pertains. Here, the Washington Post article confirms that



at least three CBP officials have violated the Procurement Integrity Act by divulging sensitive, source selection information pertaining to the on-going CBP procurement. Specifically, the article reveals CBP's internal methodology for structuring the procurement, stating that "[t]he contract selection was structured in a way that a company's past performance could not be considered as a factor during the first phase." It also reveals the outcome of the agency's Phase I evaluation process, stating that Loyal Source has "been selected as a finalist" that "is among a half-dozen companies under consideration." Critically, the three officials – who admittedly "spoke on the condition of anonymity because they are prohibited from discussing the selection process" - revealed that the "CBP advisory board did not recommend Loyal Source for the next round of consideration, but the agency's procurement office overruled the board's findings." Thus, these unnamed CBP officials willfully and knowingly violated the fundamental prohibitions of the Procurement Integrity Act. These improper and illegal actions reflect a sustained and bad faith effort to undermine the integrity of the procurement process and to harm Loyal Source.

In a request for public comment, CBP stated that it is "intensely focused on ensuring that the procurement process is conducted correctly and with the utmost integrity and professionalism." While Loyal Source appreciates CBP's focus on integrity, it does not mitigate the brazen violation of the Procurement Integrity Act and the prohibitions set forth in FAR 3.104-3(a)(1). Moreover, there are no assurances that the improprieties under the ongoing procurement have been mitigated or that they are limited to the three CBP officials who are referenced in the article. From the article, it is reasonable to conclude that a significant faction within CBP is hostile toward Loyal Source and is intent on having Loyal Source excluded from the competition, irrespective of the evaluation criteria and bases for award set forth in the Solicitation. In light of these events, it is now requisite upon the Contracting Officer and Head of CBP Contracting Activity to take appropriate action pursuant to FAR 3.104-7, including but not limited to canceling the procurement, disqualifying offerors, and re-constituting the evaluation board. *See e-Management Consultants, Inc.; Centech Group, Inc*., B-400585.2, et al., 2009 WL 416345 (Comp. Gen. Feb. 3, 2009) (finding the agency's cancellation of the procurement reasonable where the "agency's consideration of all offerors' proposals may have been compromised."). Under these circumstances, prompt and decisive action is both appropriate and required to correct perceived and actual improprieties in the procurement and to avoid a tainted award decision.

Loyal Source respectfully reserves all rights and remedies available under applicable law and regulation, including the right to file a bid protest to address these issues. Consistent with FAR 33.102(f), Loyal Source is promptly reporting these procurement integrity violations to the Contracting Officer. Prompt remedial action by the CBP will help to avoid further disruptions to the procurement process.

### B. The Article Confirms An Improper Bias Against Loyal Source Within the CBP.

The referenced article confirms that multiple CBP officials are acting on an improper bias against Loyal Source. The bias here is so strong that these individuals elected to knowingly and willfully violate applicable law to undermine the ongoing procurement and to create significant pressure on



the CBP not to award to Loyal Source. These actions violate the most basic tenets of public procurement law.

Moreover, CBP officials disclosed selective pieces of information that reflects poorly upon Loyal Source, divulging – for example:

- information about the August 2023 cure notice that CBP issued to Loyal Source describing "widespread problems with the company's performance" on its current contract, "including chronic staff shortages, excessive travel expenses and error-plagued record-keeping;" and
- that CBP's Office of Professional Responsibility has assembled a "Tiger Team" to review Loyal Source's business practices and performance record.

It is now evident that the three CBP officials – and potentially others – who spoke to the press are dissatisfied with the procurement process and outcome of the Agency's source selection decisions thus far and have decided to appeal to the media to undermine the results. The CBP officials who were quoted in the article do not dispute this, as they openly indicated their disagreement with the evaluation results and stated that they "*did not recommend Loyal Source for the next round of consideration*," and were "overruled."

Such public commentary by the agency at all, much less during an active procurement, speaks to a lack of professionalism, at a minimum, and is improper. *See Starry Assoc., Inc. v. U.S.*, 127 Fed.Cl. 539 (2016) (finding "credible evidence" of improper bias that, "despite his self-proclaimed recusal, [] continued to affect the outcome of the procurement in a way that benefitted [one particular offeror]"). As you know, agencies must evaluate offers in accordance with the announced evaluation criteria and applicable law. Therefore, to preserve the integrity of the procurement process, Loyal Source respectfully requests that, at a minimum, the individuals involved in the source selection process – including the advisory boards – be replaced. Moreover, it may be appropriate to cancel the procurement and begin the process anew.

### C. Anonymous CBP Officials Continue To Misrepresent The Company's Performance Record.

As with the previous articles published, this recent article suggests that Loyal Source's performance under the contract has fallen short of its contractual obligations. These statements, apparently from CBP personnel, are mistaken. It is concerning that CBP officials would provide misleading and inaccurate information to the media about our ongoing performance.

Specifically, the article stated that Loyal Source "has struggled for years to staff border facilities with nurses and doctors" noting that a primary reason for staffing issues is comparatively low pay to competitors. As we stated in our September 7, 2023 letter to you, this statement reflects a clear misunderstanding of the contractual requirements and current circumstances; Loyal Source has recruited more employees than CBP has been able to clear. If staff is stretched thin, it is through no failure on the part of Loyal Source.



Moreover, the article stated that CBP investigators have already recommended the "suspension" of Loyal Source's current contract, citing two CBP officials as its source for this information. Loyal Source is not aware of any recommendation by investigators to "suspend" Loyal Sources contract. Rather, Loyal Source continues to work cooperatively with CBP personnel to answer questions, provide documents, and make employees available for interviews. Loyal Source is committed to continued cooperation, at significant expense to the company, in furtherance of our long-standing business partnership.

Further, CBP and other agencies have consistently provided favorable past performance ratings in Loyal Source's CPARS that support such conclusions. The suggestion in the recent article that Loyal Source suffers from negative past performance ratings could not be further from the truth. In fact, in Loyal Source's CPARS for the subject contract for the period of September 30, 2020 through September 29, 2021 (the period when illegal border crossings were at their highest in history), CBP assigned Loyal Source "Excellent" ratings under the quality, schedule, and cost control evaluation areas, as well as "Very Good" ratings under the management, and regulatory compliance evaluation areas. CBP's comments included:

- Loyal Source "exceeded all expectations and always [sic] willing to go above and beyond contract requirements that positively contributed to migrant medical care and processing through CBP facilities located at up [sic] 70+ sites."
- Loyal Source "leadership established set goals and criteria to meet program tasks and objectives ahead of schedule. . . . Furthermore, LSGS was able to recruit staff to fill the existing vacancies and new requirements as levied by the agency to address higher provider/support ratios in surge sectors. In addition, LSGS continually met new requirements defined by CBP with the additions of the high-capacity Soft Sided Facilities in RGV, Del Rio, Tucson and Yuma Sectors."
- Loyal Source "was able to hire and retain the highest caliber of medical subject matter experts."
- Given what CBP "know[s] today about the contractor's ability to perform in accordance with this contract or order's most significant requirements," it would "recommend [Loyal Source] for similar requirements in the future."

These statements are directly contradictory to the narrative set forth in the Washington Post article, which was clearly orchestrated by CBP officials acting in bad faith.

**Conclusion**

We thank you for your time and consideration of these very important matters. We know you share a commitment to transparency and procurement integrity and appreciate your efforts to ensure that all offerors are evaluated on equal playing field. In particular, as described above, consistent with applicable regulations, CBP must 1) critically review the violations that have occurred and document the extent of the impact these violations had on the procurement process; 2) implement remedial measures, including canceling the procurement, disqualifying offerors, and



re-constituting the evaluation board; and 3) work with Loyal Source to help repair the company's reputation and correct the misinformation in the media perpetuated by CBP officials.

***

This letter includes sensitive and proprietary material, the release of which would cause Loyal Source to suffer significant and irreparable harm. This letter is exempt from disclosure under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq., or otherwise, and are subject to the criminal provisions of the Trade Secrets Act, 18 USC § 1905. Loyal Source requests confidential treatment under FOIA, as well as immediate notification of any third-party request for this letter or the attachments and advance notice of any intended disclosure so that the Company may take appropriate action.

We look forward to hearing the outcome of CBP's actions and continuing to work with you to carry out the CBP's important mission.

Very respectfully,

Ryan Dwight O'Quinn, President
Loyal Source Government Services, LLC

Enclosures – Attachment A

# ATTACHMENT A

2023 © LoyalSource.com



September 7, 2023

Sent Via E-mail: donna.r.mcmullen@CBP.DHS.GOV

Ms. Donna R. McMullen
Supervisory Contracting Officer
U.S. Department of Homeland Security
Customs and Boarder Protection
4760 N. Oracle Rd
Suite 100
Tucson, AZ 85705


Dear Ms. McMullen,

Loyal Source appreciates your continued assistance as we collaboratively work to support the CBP's important mission during the contract extension period. Loyal Source values its relationship with CBP and is justly proud of our performance record over the past eight years. As you are likely aware, several recent articles, including those published in the Washington Post and USAToday,[1] address Loyal Source's and CBP's management of migrant populations along the southwest border. In many respects, these articles contain misinformation, lack important context, and are not representative of the CBP's and Loyal Source's programmatic efforts and contract performance. As you know, our current contract prevents us from commenting publicly on these matters. As such, we are coming directly to the CBP, our trusted business partner, to address this troubling situation. In particular, we want to advance our shared goal of ensuring that any public messaging is both informed and appropriately balanced while correcting any mistaken narratives that may be propagated. The referenced articles, which rely on both named and unattributed CBP sources, are concerning in three respects, as they (i) mischaracterize Loyal Source's performance record under our current contract; (ii) include sensitive information, including medical diagnosis detail, that may have been disclosed by CBP personnel; and (iii) suggest an improper bias against Loyal Source in the ongoing procurement. We respectfully request the CBP's assistance and assurances to help address these concerns promptly.

As an initial matter, the articles suggest that Loyal Source's performance under the contract has fallen short of its contractual obligations. In many cases, the articles rely on CBP sources to support this mistaken view. For example, one article states that Loyal Source's "staff has often been stretched thin, shuttling back and forth between border facilities to cover vacancies" noting unidentified "CBP officials familiar with Loyal Source's operations" as its source. If accurately quoted, this statement reflects confusion within CBP about the applicable contract requirements and current circumstances. As you know, Loyal Source has recruited more employees than CBP

---

[1] *Available at* https://www.washingtonpost.com/immigration/2023/08/25/border-medical-migrants-loyal-source/; https://www.usatoday.com/story/news/nation/2023/06/02/border-patrol-investigation-finds-failures-in-care-of-child-who-died/70281029007/ (last visited September 7, 2023).



has been able to clear.  If staff is "stretched thin," it is through no failure on the part of Loyal Source. Furthermore, one of the material contract requirements is the ability and flexibility to move staff among the different sites to meet surge requirements, consistent with CBP direction.  Any "shuttling" of providers among different facilities has been carried out in an efficient manner at the explicit direction of the CBP.  Unnamed CBP officials also commented that CBP "is trying to help the company become more efficient in its hiring efforts."  While Loyal Source is always receptive to feedback and opportunities to improve, we are not aware of any efforts by CBP to improve Loyal Source's hiring practices.  To the contrary, as described above, Loyal Source's hiring has outpaced CBP capacity to clear personnel to fill positions along the border.  To the extent CBP would like to engage with us on hiring efforts, Loyal Source would welcome such an opportunity.  In any case, these statements, apparently from CBP personnel, are misguided and inconsistent with the collaborative partnership Loyal Source seeks to foster with the CBP and its stakeholders.  It is concerning that CBP officials would anonymously provide misleading and inaccurate information to the news media about our ongoing performance, and we respectfully request your assistance to correct any misleading narratives.

Indeed, it is difficult to explain the motivation that certain CBP personnel apparently have to perpetuate a false narrative that Loyal Source has not been a reliable contractor and partner under our contract.  Some of the contentious statements appear to be provided by medical officers within the program office.  While we do not want to speculate, Loyal Source hopes that these statements have not been provided to the media as retaliation for our efforts to respond to unreasonable and unfounded performance assessments from OCMO and to identify potentially conflicted OCMO contractors. As you are aware, our CPARS assessments to date confirm our strong performance.  One appropriate remedial measure would be to provide a copy of the enclosed CPARS issued on August 3, 2022 to select journalists who have previously relied on anonymous sources at CBP.  These CPARS would serve as a contemporaneous, objective record to help address any misperceptions.  We welcome the CBP's input as to additional remedial measures that we could consider.

As a separate matter, we know you share Loyal Source's commitment to handling and protecting Personally Identifiable Information (PII) and Personal Health Information (PHI) appropriately.  Based on the information contained in recent articles, it appears as though CBP personnel may be sharing PII/PHI inappropriately with the media or otherwise.  Specifically, both articles include details of chronic health issues of named patients.  This includes specifying details such as sickle cell disease and a pre-existing heart condition, as well as specific symptoms such as fluid in the lungs, and a specific temperature of 104.5 degrees.  One article even shared the patient's official diagnosis after being in U.S. custody.  We trust that CBP is committed to protection and proper handling of PII/PHI and to administering appropriate consequences where applicable standards are not followed.  If there is anything we can do to support these efforts, please let us know.

Finally, it is important to address the pervasive indication in the Washington Post article that CBP is seeking to replace Loyal Source and award the follow-on contract, which is currently being competed, to another offeror.  This suggestion is problematic to say the least and, if true,



would be inconsistent with applicable procurement law.  In particular, the article states that "[t]he company operating the medical ward … remains on the job because U.S. Customs and Border Protection has failed to hire a replacement."  It also notes that "CBP officials said they are prepared to replace Loyal Source with another provider if the company fails to fulfill its contractual obligations to properly staff in U.S. facilities;" and that "Agency officials did not say if Loyal Source has been ruled out as a potential recipient for a new contract, but past performance would be taken into account when evaluating bids."  Such public commentary by the agency at all, much less during an active procurement, speaks to a lack of professionalism, at a minimum, and may be improper.  As you know, agencies must evaluate offers in accordance with the announced evaluation criteria and applicable law.  The article suggests that, for a certain faction within CBP, a decision adverse to Loyal Source has already been made before amended proposals have been submitted.  We know you share a commitment to transparency and procurement integrity and appreciate your efforts to ensure that CBP personnel who cannot be objective do not taint the ongoing procurement and award decision.

We thank you for your time and consideration of these very important matters.  Please let us know how we can best assist CBP as you work to address the issues raised herein.


Very respectfully,

Ryan Dwight O'Quinn, President
Loyal Source Government Services, LLC


Enclosure: Loyal Source CPARS, issued August 3, 2022

Print    Close

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101, 3.104, AND 42.1503

## CONTRACTOR PERFORMANCE ASSESSMENT REPORT (CPAR)

### Nonsystems

**Name/Address of Contractor:**

Vendor Name: LOYAL SOURCE GOVERNMENT SERVICES LLC

Division Name:

Street: 3680 AVALON PARK EAST BLVD., SUITE 310

City: ORLANDO

State: FL  Zip: 328289374

Country: USA

CAGE Code:

Unique Entity ID (SAM): Y54FQAPG4TN5

Product/Service Code: Q403 Principal NAICS Code: 561320

**Evaluation Type:** Final

**Contract Percent Complete:**

**Period of Performance Being Assessed:** 09/30/2020 - 09/29/2021

**Contract Number:** V797D30203 70B03C20F00001383 **Business Sector & Sub-Sector:** Nonsystems - Prof/Tech/Mng Support

**Contracting Office:** BORDER ENFORCEMENT CTR DIV **Contracting Officer:** DONNA MCMULLEN **Phone Number:** 3173397189

**Location of Work:**

Southwest Border Facilities

**Date Signed:** 09/28/2020 **Period of Performance Start Date:** 09/30/2020

**Est. Ultimate Completion Date/Last Date to Order:** 09/30/2022 **Estimated/Actual Completion Date:** 09/29/2021

**Funding Office ID:** 70B003

**Base and All Options Value :** $374,856,617 **Action Obligation:** $204,778,073

**Complexity:** Medium **Termination Type:** None

**Extent Competed:** Full and Open Competition **Type of Contract:** Firm Fixed Price

**Key Subcontractors and Effort Performed:**

**Unique Entity ID (SAM):**

**Effort:**

**Unique Entity ID (SAM):**

**Effort:**

**Unique Entity ID (SAM):**

**Effort:**

**Project Number:**

**Project Title:**

Medical Services Contract

**Contract Effort Description:**

Loyal Source Government Service (LSGS) was the prime medical services contractor on the DHS U.S. Customs and Border Patrol.  Loyal Source provides healthcare professionals that support Customs & Border Protection (CBP)s 24/7/365 medical

FOR OFFICIAL USE ONLY

4/7/23, 1:49 PM                                                CPARS

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101, 3.104, AND 42.1503

mission.  Primary scope includes but not limited to: 1) providing uninterrupted
24-hour healthcare services to existing Medical Units (MU); 2) Program
Management of medical staff, services and equipment, including public health
screening, healthcare assessments, medical encounters, first aid (Basic Life
Support), and psychological support; 3) process and screen hundreds of thousands
of illegal immigrants for general and acute health care issues and
identification of infectious diseases; and 4) manage over $100 million budget
for medical supplies and equipment. Loyal Source currently provides over 800
personnel (including Physicians, Psychologists, Physician Assistants, Nurse
Practitioners, Emergency Medical Technicians, License
Vocational Nurses, Certified Medical Assistants, and Certified Nursing
Assistants) at 70+ Medical Units Border Patrol and Ports of Entry in Texas, New
Mexico, Arizona, and California.

**Small Business Subcontracting:**

Does this contract include a subcontracting plan?  No

Date of last Individual Subcontracting Report (ISR) / Summary Subcontracting Report (SSR):  N/A

| Evaluation Areas | Past Rating | Rating |
|---|---|---|
| Quality: | N/A | Exceptional |
| Schedule: | N/A | Exceptional |
| Cost Control: | N/A | Exceptional |
| Management: | N/A | Very Good |
| Small Business Subcontracting: | N/A | Very Good |
| Regulatory Compliance: | N/A | Very Good |
| Other Areas: | | |
| (1) : | | N/A |
| (2) : | | N/A |
| (3) : | | N/A |

**Variance**  (Contract to Date):

Current Cost Variance (%):  Variance at Completion (%):

Current Schedule Variance (%):

**Assessing Official Comments:**

QUALITY: Loyal Source Government Services exceeded all expectations and always willing
to go above and beyond contract requirements that positively contributed to
migrant medical care and processing through CBP facilities located at up 70+ sites.
The National Program Manager and his team consistently provided
actionable solutions to complex problems which contributed to overwhelming
program success and labeled as the governments trusted medical subject matter
experts.
Over this period of performance, the agency leaned on Loyal Source Government
Services to implement numerous initiatives to combat the global pandemic while
maintaining adequate staffing and mitigating risks for migrants, agents and
contractors.  In a span of 12 months, the National Program Manager spearheaded
organizational efforts, which contributed to the staffing of four (4) soft sided
facility medical units (total capacity for holding over 15K migrants), two (2)

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101, 3.104, AND 42.1503

temporary
outdoor processing stations, and the overall staffing capability for existing
medical units that dramatically increased throughput for the agency during this
POP.

In immediate support of the unprecedented surge and at the request of the
government, LSGS mobilized and executed travel orders on over 54 medical staff
(NP, PA, EMT, CMA and CNA) within 72 hours to the Rio Grande Valley Sector.
This rapid mobilization of medical staff ensured the safety and wellbeing of
hundreds of thousands of apprehensions monthly.

The Chief Nurse developed a comprehensive Medical Quality Management program
which ensured all issues related to migrant (Adult/Juvenile) care remain
consistent with best practices based on the industry standard for Family and
Pediatric Care.

The Chief, Medical Director collaborated with the agency for the development and
implementation of a CBP Electronic Medical Record which is currently in use
across the southwest border. LSGS partnered with the HQ EMR team to expedite the
rollout of the EMR to all facilities by driving a robust training program
resulting in 100% staff training and compliance including the incorporation of a
training pipeline for new employees.

LSGS also provided realistic staffing solutions during immigrant surges which
empowered the agency to rapidly shift resources throughout the 9 sectors to
areas overcome mass migration that quickly overwhelmed several sectors.

They developed a robust corporate security department which streamlined the
background investigation process for potential employees which allowed for fewer
discrepancies, decreased processing time by 15 days, and increased application
submissions to cover 100% of the vacant positions.

LSGS converted a pilot Behavioral Health Advisor Program into a viable and
sustainable platform for the outreach, training, and immediate response to the
mental health needs of migrants, agents, and family members. During this POP,
behavioral health advisors in El Paso and Rio Grande Valley Sectors have
participated in numerous agent outreach community programs and provided mental
health briefs during morning musters at numerous facilities to provide maximum
exposure for the CBP Resiliency Program, Peer Support Groups and Chaplain
Programs in each sector.

SCHEDULE: The contract leadership established set goals and criteria to meet program
tasks and objectives ahead of schedule. The Program Manager has implemented shared
programs for easy reference and transparency for their staff and customers.
Furthermore, LSGS was able to recruit staff to fill the existing vacancies and new
requirements as levied by the agency to address higher provider/support ratios in
surge sectors. In addition, LSGS continually met new requirements defined by CBP with
the additions of the high-capacity Soft Sided Facilities in RGV, Del Rio, Tucson and
Yuma Sectors.

COST CONTROL: The Program Manager implemented a just-in-time supply chain management system. This
system not only eliminated the requirement for a logistics lead but reduced overall
monthly costs by tens-of-thousands of dollars. Additionally, the Program Manager's
initiative prevented hundreds-of-thousands of dollars in expired medications and
medical supplies held over from previous contracts and as a result of periods of low
migrant flow along the Southwest Border.

By developing a fluid medical process within each first aid unit, the national
referral rate was under 5% saving. This saved CBP and US Taxpayers over $1 billion in
emergency room visits. In addition, these processes reduced the Labor Hours of CBP's
hospital watch. This rate of 5% is based calculation approximately 1/3 of the 2 million
migrants that were apprehended by CBP in fiscal year 2021.

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101, 3.104, AND 42.1503

MANAGEMENT: LSGS was able to hire and retain the highest caliber of medical subject matter experts. The staff have experience in managing complex issues associated with austere and foreign migrant medicine. The contractor has led numerous medical discussions and collaborative sessions with the newly formed Office of Chief Medical Officer (OCMO) to discuss best practices, to assist shape the new doctrinal and policies associated with migrant care and quality management.

Highly skilled management staff, include but not limited to the following:

1. Chief, Medical Officer
2. Chief, Nurse
3. Chief, Clinical Services
4. Deputy Patient Safety Quality Management Director
5. National Program Deputy Director
6. Director, Border Services HQ Operations
7. Vice President, Border Services

LSGS authored and updated several Strategic Plans and Operations Guidelines for the CBP Program.

LSGS Spearheaded the CBP Medical Quality Management (MQM) Strategic Plan and Strategy for the Medical Units (MUs).

LSGS had Program Managers, Deputy Programs Managers, and Medical Quality Managers assigned at each sector. The firm collaborated, and had daily interaction with Contract appointed Task Order Monitors (TOMS), who had direct contractual oversite on the front lines.

Overall, LSGS chain of command/and management levels were heavily covered and well organized.

SMALL BUSINESS SUBCONTRACTING: Loyal Source Government Services led superior vendor management experience, which in turn led to the utilization of Small Business participation of over 13 local pharmacies in 4 states/9 sectors. This is particularly noteworthy, as many of these local pharmacies were recipients of increased revenue that revived their small businesses, and allowed the firms to thrive in remote locations. This resulted in the expansion of their services. The LSGS partnered with these pharmacies, and the outcome was LSGS' ability to meet the complex challenge of providing just-in-time care and supplies to the vulnerable and underserved migrant population. Additionally, LSGS partnered with their Joint Venture to increase its small business participation goals, and to recruit and fulfill critical staff assignments at multiple sites during the COVID-19 pandemic.

REGULATORY COMPLIANCE: LSGS has completely complied with all Federal, Department, and CBP Regulations concerning medical screening services for the migrant population. The firm has participated in and cooperated with Department and Agency audits of the facilities and operations along the Southwest Border (Government Accounting Office (GAO), Office of Inspector General (OIG) and Office of Personnel and Responsibility (OPR) with no negative findings or actions concerning their quality of migrant medical care). Additionally, LSGS has also participated with local, state, and other Federal agencies to share their insight surrounding providing medical screening, care, and treatment of migrants.

RECOMMENDATION:

Given what I know today about the contractor's ability to perform in accordance with this contract or order's most significant requirements, I would recommend them for similar requirements in the future.

**Name and Title of Assessing Official:**

Name: DONNA MCMULLEN

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION - SEE FAR 2.101, 3.104, AND 42.1503

Title:  Contract Specialist

Organization:  US Customs & Border Protection

Phone Number:  317-339-7189  Email Address:  donna.r.mcmullen@cbp.dhs.gov

Date: 08/03/2022

**Contractor Comments:**

ADDITIONAL/OTHER: Loyal Source sincerely appreciates the positive feedback provided concerning
our performance on this effort. Performance evaluations are very important to
our firm, and we thank you for taking the time to provide these ratings. We
are deeply appreciative to CPB for the opportunity to provide these
services, and we look forward to additional feedback in the future.

CONCURRENCE:  I concur with this evaluation.

**Name and Title of Contractor Representative:**

Name:  JACOB KOHL

Title:  Director of Contracts

Phone Number: 407-591-3123  Email Address:  contracts@loyalsource.com

Date: 08/05/2022

**Review by Reviewing Official:**

Review by Reviewing Official not required.

**Name and Title of Reviewing Official:**

Name:

Title:

Organization:

Phone Number:   Email Address:

Date:

FOR OFFICIAL USE ONLY

# EXHIBIT O

**Ryan O'Quinn**

---

| | |
|---|---|
| **From:** | Ryan O'Quinn |
| **Sent:** | Thursday, September 7, 2023 1:36 PM |
| **To:** | Shapiro, Asher |
| **Subject:** | FOIA Confidential Treatment Requested |
| **Attachments:** | LSGS Communication to CBP.9-7-2023 (1).pdf; [EXTERNAL] : Fwd: Benefits Package - Council for Logistics Research, Inc.; RE: Biweekly MQM Sync; DHS Medical Review; RE: Meeting with Dr. Martel |

SA Shapiro:

This email supplements the facts and information that Loyal Source previously submitted to you reporting an organizational conflict of interest (OCI) and apparent violations of the Procurement Integrity Act (48 CFR 3.104-4(b)) impacting the open procurement process related to Solicitation 70B03C22Q00000081, A13.

In connection with that report, we have explained that the Office of Chief Medical Officer (OCMO), which administers oversight over our performance as the incumbent prime contractor, is led by Medical Officers employed by Council for Logistics Research, Inc. (CLR). CLR is a teaming member working with Vighter, LLC, a competitive offeror responding to Solicitation 70B03C22Q00000081, A13. See attached emails; also, see position description at Medical Officer in support of OFO Job Opening in Mc Lean, VA at Council For Logistics Research Inc | Salary.com. Specifically, CLR employees Dr. Mark Olcott and Dr. John W. Martel both hold Medical Officer positions where they would have access to confidential internal information, including the specific confidential Personal Health Information (PHI) and associated Personal Identifiable Information (PII) apparently taken from the CBP's Electronic Medical Records System (EMRS) and leaked to the Washington Post.

The fact that the leaked PHI and PII was taken from the EMRS strongly suggests that the leaking "CBP officials" are within OCMO. Additionally, the fact that the leaker(s) openly display(s) a bias against Loyal Source in favor of Vighter suggests a connection to the reported OCI. Further, these articles closely follow an exchange of formal correspondence (through the contracting office) responding to biased recommendations offered by OCMO while seeking adverse CPARS ratings based on extra-contractual performance standards. The context of these occurrences during the open procurement strongly suggests a procurement-related bias within OCMO and supports our assertion that an OCI is materially impacting Solicitation 70B03C22Q00000081, A13.

Should you have any questions, please do not hesitate to contact me at (305) 588-8023.

**Ryan Dwight O'Quinn**
*President and Chief Legal Officer*
12612 Challenger Parkway Suite 365, Orlando, Florida, 32826
M: 305.588.8023 O: 407.306.8441 F: 321.396.5796
ROQuinn@loyalsource.com

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

# EXHIBIT P

**Ryan O'Quinn**

| | |
|---|---|
| **From:** | Ryan O'Quinn |
| **Sent:** | Tuesday, November 7, 2023 4:28 PM |
| **To:** | Shapiro, Asher |
| **Cc:** | Jordan Ziegler |
| **Subject:** | FW: Notice of Media Inquiry |
| **Importance:** | High |

Asher:

Please see the attached notice submitted today. As you can imagine, the continued leakage of sensitive government information during an open procurement is concerning and presents a material risk to the integrity of the procurement process.

Yours,

**Ryan Dwight O'Quinn**
*President and Chief Legal Officer*
12612 Challenger Parkway Suite 365, Orlando, Florida, 32826
M: 305.588.8023 O: 407.306.8441 F: 321.396.5796
ROQuinn@loyalsource.com

**CONFIDENTIAL:** ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from this account may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. We strictly prohibit any unauthorized disclosure, copying, distribution or use of emails or attachments sent by us.

**From:** Ryan O'Quinn
**Sent:** Tuesday, November 7, 2023 4:22 PM
**To:** MCMULLEN, DONNA R <donna.r.mcmullen@cbp.dhs.gov>; HOLLIDAY, PATRICIA <patricia.holliday@cbp.dhs.gov>
**Cc:** Jordan Ziegler <jziegler@loyalsource.com>
**Subject:** Notice of Media Inquiry
**Importance:** High

Dear Ms. McMullen and Ms. Holliday:

Earlier this afternoon, Loyal Source Government Servies, LLC received an unsolicited media inquiry from a reporter at the Washington Post.  This inquiry follows press articles published by this reporter in the Washington Post, each of which were forwarded to your office.  As with the prior articles, today's media inquiry contains sensitive government

information that is only available to CBP officials and certain contractors with access to sensitive government information.  For instance, the media inquiry demonstrates an understanding of the contents of a non-public "Cure Notice," the subject matter of an OPR investigation, and references non-public events and occurrences within the ongoing procurement.  The improper dissemination of this sensitive government information clearly seeks to improperly influence an open procurement in violation of federal law and regulation, including the Procurement Integrity Act.  If the sensitive government information was leaked by a CBP official, that act of misconduct is clearly actionable by OPR.  If the sensitive government information was leaked by an interested government contractor with access to sensitive government information, it would support an enforcement action and would result in the exclusion of misfeasors from the ongoing procurement.  We respectfully request that your office conduct a thorough investigation to determine what person or entity with access to sensitive government information has improperly released that information to disparage Loyal Source Government Services, LLC and to improperly influence the award in the pending solicitation process.

Loyal Source respectfully requests that CBP expeditiously respond to the Washington Post to mitigate the damage caused and to clarify that Loyal Source Government Services, LLC has excellent CPARS ratings and has not been found to be in breach of any material performance metric on the current MSC contract.  To that end, Loyal Source Government Services, LLC requests that the following quotation be directed by CBP to the reporter at the Washington Post:

"Loyal Source Government Services, LLC is the prime contactor engaged to deliver health care services in CBP detention facilities on the Southwestern Border and in Florida.

CBP has not made a determination that Loyal Source Government Services, LLC is in breach of any material provision of the current MSC contract.

Information apparently leaked to the Washington Post related to Loyal Source's qualifications reported by the Washington Post are incomplete and inaccurate.

OPR has not made a determination that Loyal Source Government Services, LLC engaged in any misconduct or is otherwise ineligible to participate in the ongoing procurement process.  As a prime contractor, Loyal Source Government Services, LLC is prohibited from responding to media inquiries.  This response is provided by CBP on behalf of Loyal Source Government Services, LLC."

Yours,

**Ryan Dwight O'Quinn**
*President and Chief Legal Officer*
12612 Challenger Parkway Suite 365, Orlando, Florida, 32826
M: 305.588.8023 O: 407.306.8441 F: 321.396.5796
ROQuinn@loyalsource.com

**CONFIDENTIAL:** ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from this account may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. We strictly prohibit any unauthorized disclosure, copying, distribution or use of emails or attachments sent by us.

**From:** Miroff, Nick <Nick.Miroff@washpost.com>
**Sent:** Tuesday, November 7, 2023 2:00 PM
**To:** Media Inquiries <mediainquiries@loyalsource.com>
**Subject:** [EXTERNAL] : Washington Post request

Some people who received this message don't often get email from nick.miroff@washpost.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I'm Nick Miroff. I cover the Department of Homeland Security for The Washington Post. I'm writing to request an interview with CEO Brian Moore or another LSGS representative to discuss the company's recompete bid for the five-year CBP Medical Services Contract.

We're planning to report that LSGS has advanced to Phase 2 of the selection process despite receiving a CBP cure notice in August outlining deficiencies with the company's performance on its current contract (extension), including chronic staffing shortages, inappropriate travel expenses, improper management of medical records, insufficient documentation of medical consultations, insufficient reporting of sentinel events, a lack of professional performance evaluation standards and other issues. An CBP OPR investigation of these issue is ongoing.

I have also reviewed LSGS communications with staff that indicate the company continues to struggle to fill shifts and staff facilities with medical providers, per the terms of the extant CBP contract.

I would like to give LSGS a chance to respond to the findings in the cure notice, to describe actions taken by the company since then, and to address the statements made by CBP and Dr. Paul Wise about the LSGS missteps while treating Anadith Reyes prior to her death in May.

Possible to set up an interview tomorrow (Wed)?

Thank you for your attention.

Nick Miroff
The Washington Post
(202) 604 5990

# EXHIBIT Q

**Ryan O'Quinn**

---

| | |
|---|---|
| **From:** | RODRIGUES, MICHAEL A (OPR) <MICHAEL.A.RODRIGUES@cbp.dhs.gov> |
| **Sent:** | Friday, November 17, 2023 5:05 PM |
| **To:** | Ryan O'Quinn |
| **Cc:** | Jordan Ziegler; Knowles, Sam; Lewis, Jason; Napier, Shawn (USAFLM) |
| **Subject:** | FW: Notice of Media Inquiry |

Categorization | Private

Mr. O'Quinn,

CBP OPR opened case: 202402346, in reference to the below email chain.

SA Michael Rodrigues
CBP Office of Professional Responsibility
SAC Miami Office
954-292-8372 (cell)

---

**From:** Ryan O'Quinn <roquinn@loyalsource.com>
**Sent:** Tuesday, November 7, 2023 5:39 PM
**To:** SAHAKIAN, DIANE V <DIANE.V.SAHAKIAN@CBP.DHS.GOV>
**Cc:** Brian Moore <bmoore@loyalsource.com>; MCMULLEN, DONNA R <donna.r.mcmullen@cbp.dhs.gov>; HUNT, KIRK W <KIRK.W.HUNT@cbp.dhs.gov>
**Subject:** FW: Notice of Media Inquiry
**Importance:** High

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Categorization | Private

Ms. Sahakian:

Please see the attached notice submitted today. As you can imagine, the continued leakage of sensitive government information during an open procurement is concerning and presents a material risk to the integrity of the procurement process.

Yours,

**Ryan Dwight O'Quinn**
*President and Chief Legal Officer*
12612 Challenger Parkway Suite 365, Orlando, Florida, 32826
M: 305.588.8023 O: 407.306.8441 F: 321.396.5796
ROQuinn@loyalsource.com

**CONFIDENTIAL:** ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from this account may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. We strictly prohibit any unauthorized disclosure, copying, distribution or use of emails or attachments sent by us.

**From:** Ryan O'Quinn
**Sent:** Tuesday, November 7, 2023 4:22 PM
**To:** MCMULLEN, DONNA R <donna.r.mcmullen@cbp.dhs.gov>; HOLLIDAY, PATRICIA <patricia.holliday@cbp.dhs.gov>
**Cc:** Jordan Ziegler <jziegler@loyalsource.com>
**Subject:** Notice of Media Inquiry
**Importance:** High

Dear Ms. McMullen and Ms. Holliday:

Earlier this afternoon, Loyal Source Government Servies, LLC received an unsolicited media inquiry from a reporter at the Washington Post.  This inquiry follows press articles published by this reporter in the Washington Post, each of which were forwarded to your office.  As with the prior articles, today's media inquiry contains sensitive government information that is only available to CBP officials and certain contractors with access to sensitive government information.  For instance, the media inquiry demonstrates an understanding of the contents of a non-public "Cure Notice," the subject matter of an OPR investigation, and references non-public events and occurrences within the ongoing procurement.  The improper dissemination of this sensitive government information clearly seeks to improperly influence an open procurement in violation of federal law and regulation, including the Procurement Integrity Act.  If the sensitive government information was leaked by a CBP official, that act of misconduct is clearly actionable by OPR.  If the sensitive government information was leaked by an interested government contractor with access to sensitive government information, it would support an enforcement action and would result in the exclusion of misfeasors from the ongoing procurement.  We respectfully request that your office conduct a thorough investigation to determine what person or entity with access to sensitive government information has improperly released that information to disparage Loyal Source Government Services, LLC and to improperly influence the award in the pending solicitation process.

Loyal Source respectfully requests that CBP expeditiously respond to the Washington Post to mitigate the damage caused and to clarify that Loyal Source Government Services, LLC has excellent CPARS ratings and has not been found to be in breach of any material performance metric on the current MSC contract.  To that end, Loyal Source Government Services, LLC requests that the following quotation be directed by CBP to the reporter at the Washington Post:

"Loyal Source Government Services, LLC is the prime contactor engaged to deliver health care services in CBP detention facilities on the Southwestern Border and in Florida.

CBP has not made a determination that Loyal Source Government Services, LLC is in breach of any material provision of the current MSC contract.

Information apparently leaked to the Washington Post related to Loyal Source's qualifications reported by the Washington Post are incomplete and inaccurate.

OPR has not made a determination that Loyal Source Government Services, LLC engaged in any misconduct or is otherwise ineligible to participate in the ongoing procurement process.  As a prime contractor, Loyal Source Government Services, LLC is prohibited from responding to media inquiries.  This response is provided by CBP on behalf of Loyal Source Government Services, LLC."

Yours,

**Ryan Dwight O'Quinn**

*President and Chief Legal Officer*
12612 Challenger Parkway Suite 365, Orlando, Florida, 32826
M: 305.588.8023 O: 407.306.8441 F: 321.396.5796
ROQuinn@loyalsource.com

**CONFIDENTIAL:** ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from this account may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. We strictly prohibit any unauthorized disclosure, copying, distribution or use of emails or attachments sent by us.

---

**From:** Miroff, Nick <Nick.Miroff@washpost.com>
**Sent:** Tuesday, November 7, 2023 2:00 PM
**To:** Media Inquiries <mediainquiries@loyalsource.com>
**Subject:** [EXTERNAL] : Washington Post request

Some people who received this message don't often get email from nick.miroff@washpost.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I'm Nick Miroff. I cover the Department of Homeland Security for The Washington Post. I'm writing to request an interview with CEO Brian Moore or another LSGS representative to discuss the company's recompete bid for the five-year CBP Medical Services Contract.

We're planning to report that LSGS has advanced to Phase 2 of the selection process despite receiving a CBP cure notice in August outlining deficiencies with the company's performance on its current contract (extension), including chronic staffing shortages, inappropriate travel expenses, improper management of medical records, insufficient documentation of medical consultations, insufficient reporting of sentinel events, a lack of professional performance evaluation standards and other issues. An CBP OPR investigation of these issue is ongoing.

I have also reviewed LSGS communications with staff that indicate the company continues to struggle to fill shifts and staff facilities with medical providers, per the terms of the extant CBP contract.

I would like to give LSGS a chance to respond to the findings in the cure notice, to describe actions taken by the company since then, and to address the statements made by CBP and Dr. Paul Wise about the LSGS missteps while treating Anadith Reyes prior to her death in May.

Possible to set up an interview tomorrow (Wed)?

Thank you for your attention.

Nick Miroff
The Washington Post
(202) 604 5990

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

2023 © LoyalSource.com

# EXHIBIT R



1612 K Street NW Suite 1100
Washington, DC, 20006
(202) 457-0034
whistleblower.org

November 30, 2023

*Sent via electronic mail*

Honorable Gary C. Peters, Chair
Honorable Rand Paul, Ranking Member
U.S. Senate Committee on Homeland Security
and Governmental Affairs
Washington, D.C. 20510

Honorable Richard J. Durbin, Chair
Honorable Lindsey O. Graham, Ranking
Member
U.S. Senate Committee on the Judiciary
Washington, D.C. 20510

Honorable Mark E. Green, MD, Chair
Honorable Bennie G. Thompson, Ranking
Member
U.S. House of Representatives Committee on
Homeland Security
Washington, DC 20515

**Re:** **Protected Whistleblower Disclosures Regarding the Performance and Oversight Failures of the Medical Services Contract of U.S. Customs and Border Protection with Loyal Source Government Services**

To Whom It May Concern:

We, Government Accountability Project, represent Mr. Troy Hendrickson, a whistleblower and employee of the U.S. Customs and Border Protection (CBP). We share this protected whistleblower disclosure with Congress regarding violations of laws, rules and regulations, gross mismanagement, gross waste of funds, abuse of authority, and substantial and specific danger to public health and safety by Loyal Source Government Services, the sole source contractor responsible for providing medical care to noncitizens in CBP custody, and by the Office of Acquisition (OA) staff who knowingly refused to hold Loyal Source accountable for documented and ongoing performance failures, including but not limited to: severe understaffing by nearly 40% of medical staff needed to provide adequate care to noncitizens in CBP custody; medical providers working without proper clearances and/or medical licenses; payment of millions of dollars in deficient invoices; failures to maintain electronic medical records; breaches of personal identifying information of noncitizens in CBP custody; and allegations of sexual misconduct.

We highlight three significant areas of wrongdoing: (1) serious failures by Loyal Source Government Services to comply with the terms of its $421 million Medical Services Contract to provide medical care to noncitizens at the southern U.S. border, with shocking deficiencies both in the administration of the contract and the provision of medical care; (2) refusal by the Office of Acquisition to exercise its responsibility to hold Loyal Source accountable despite the Office of the Chief Medical Officer (OCMO)'s documented reports and expressed concern about the contractor's serious performance deficiencies; and (3) unlawful retaliation against our client for raising concerns

about problems with the contractor's performance and the failure by OA to exercise its oversight responsibility.

Our client is a career civil servant with 14 years of experience as a Contract Officer Representative (COR) and was detailed in 2021 to CBP's newly established Office of the Chief Medical Officer (OCMO) to serve as COR for CBP's Medical Services Contract (MSC). Mr. Hendrickson attempted to raise concerns about Loyal Source's performance failures and to urge that the Office of Acquisition hold the contractor accountable, making reports not only internally to those responsible for the MSC but to the Office of Professional Responsibility. Despite full support from the OCMO staff responsible for programmatic oversight of the contract, OA refused to even issue mandated performance assessments to Loyal Source. OA ultimately removed Mr. Hendrickson from his role as COR for the MSC.

Tragically, a year after Mr. Hendrickson was removed from the COR position, on May 17, 2023, 8-year-old Anadith Reyes Alvarez died while detained in a CBP facility after her mother's repeated pleas for medical care to Loyal Source staff. Had Mr. Hendrickson's and his OCMO colleagues' concerns about Loyal Source been addressed in 2021 or 2022, Anadith might still be alive.

While Mr. Hendrickson is seeking relief under the Whistleblower Protection Act for the unlawful retaliation he suffered for raising concerns about serious and life-threatening waste and abuse, he remains deeply concerned that unless both the performance problems of Loyal Source and the failure by CBP OA hold the contractor accountable are addressed, future tragedies to noncitizens in CBP custody are foreseeable. Indeed, after Anadith's death, CBP replaced the head of the Office of the Chief Medical Officer who had been supporting and echoing Mr. Hendrickson's calls for accountability of the contractor to CBP OA, Office of Acquisition officials received promotions, and Loyal Source remains the contractor for CBP medical services.

Accordingly, we share Mr. Hendrickson's protected whistleblower disclosures with Congress below, and request that you do the following:

- Conduct thorough and prompt oversight into Loyal Source and its ongoing failure to comply with mandated medical care of noncitizens in CBP custody, endangering lives while reaping millions in taxpayer dollars;

- Conduct thorough and prompt oversight into the Office of Acquisition's gross mismanagement and abuse of authority by its refusal to hold Loyal Source accountable for its contract performance failures;

- Ensure that Mr. Hendrickson and any other current or former CBP or Loyal Source employees who have raised or may in the future raise concerns to Congress, internally to managers, to investigators and/or enforcement agencies, or to any other protected recipients, are neither unlawfully restricted or chilled from, nor subject to retaliation for, engaging in protected whistleblowing activity.

# Table of Contents

BACKGROUND ................................................................................................................5

   Overview of U.S. Customs and Border Protection's Office of Chief Medical Officer and the Medical Services Contract ................................................................................................................5

   Mr. Hendrickson is Detailed to OCMO ...........................................................................5

TIMELINE .....................................................................................................................6

   Initial Whistleblowing Activity .......................................................................................6

      *Medical Personnel with Improper Credentials, Expired Licensing, Inadequate Supervision, and Under Pending Investigation* ..............................................................................6

      *Invoicing and Payment Without Required Supporting Documentation* .........................6

      *Severe Understaffing of Critical Medical Services* .....................................................7

         CO 1 Refuses to Issue Loyal Source a Cure Letter at January 6, 2022 Meeting Despite Nearly 40% Understaffing .............................................................................7

         To Understand High Turnover Rates, OCMO Solicits Feedback from Former Loyal Source Employees ...... 7

      *Paper Medical Records Lead to Risk of Information Deficiencies* .............................8

      *Loyal Source's Privacy Breach of Noncitizen Personally Identifiable Information* ...............8

   **Loyal Source Government Services' Hazardous Understaffing of CBP Medical Services Converges with Issues of Gross Waste** ................................................................................8

      *Loyal Source's Inflated Profit Margins* .......................................................................9

      *Loyal Source Accounting Error Caused Months of Billing Irregularities* ......................9

   **Mr. Hendrickson's Whistleblowing Activity and CO 1's Negligence Escalate in the Spring of 2022 as Mr. Hendrickson Attempts to Use the Contractor Performance Assessment Reporting System (CPARS) to Hold Loyal Source Accountable for Failures to Meet Contract Terms** ......................9

      *Overview of the Contractor Performance Assessment Reporting System* .....................10

      *OCMO's Responsibility to Hold Loyal Source Accountable for the Company's Dangerous Underperformance* ................................................................................10

         No CPARS Ever Issued By OA ............................................................................10

         CO 1 Rated Loyal Source "Exceptional" in Unissued Draft CPARS Despite Performance Problems ......... 11

         OCMO Seeks to Issue CPARS and Downgrade Ratings ..........................................11

         Mr. Hendrickson Submits Draft Downgraded CPARS to Support Ongoing OPR Investigations ................ 12

         CO 1 Upgrades CPARS Ratings Against OCMO's Recommendations .....................12

   **Retaliation** ..........................................................................................................12

      *Events Immediately Preceding CO 1's Retaliation* ...................................................12

         Loyal Source Fails to Report Incident of Sexual Harassment ...................................12

         Executive Order ....................................................................................................13

Mr. Hendrickson Reports His Concerns About CO 1's and CO 2's Gross Mismanagement on the Recompete Process to CO 1's Director ................................................................................................. 13

CO 1's Director Shares Mr. Hendrickson's Concerns with CO 1, Culminating in a Hostile Meeting on April 25, 2022 ................................................................................................................... 13

OA Responds With Hostility to OCMO's Concerns About OA's Failures to Hold Loyal Source Accountable and Manage the Contract .......................................................................................... 14

Mr. Hendrickson Reports OA's Hostility and Refusal to Hold Loyal Source Accountable to OPR ............. 14

***CO 1 Removes Mr. Hendrickson From His COR Appointment*** ................................................. **15**

CO 1's Removal of Mr. Hendrickson Violated Union Rules ........................................................ 15

CO 1's Removal of Mr. Hendrickson Violates 5 U.S.C. § 2302 ................................................... 15

***CO 1 Orders OCMO Not to Pursue a Supplemental Contract to Remedy Staffing Shortages*** .............. **15**

***OCMO's Attempts to Keep Mr. Hendrickson as COR, Loyal Source Staffing Shortages Persist Despite Supplemental Small Business Contract, and Continued Retaliation*** ..................................... **15**

Retaliation, Gross Waste and Mismanagement of the Supplemental Small Business Contract to Address Staffing Shortages ........................................................................................................ 16

Ongoing Retaliation in OCMO Program Management Duties ...................................................... 16

OA's Retaliation Against Mr. Hendrickson and OCMO, Refusing to Appoint Hendrickson as COR for Five Year Recompete Medical Services Contract ........................................................................ 16

***Ongoing Investigations Validate Mr. Hendrickson's Disclosures*** ............................................. **17**

***Concerns of Serious Oversight Failures by GAO, OSC, DHS OIG, and CBP EEO*** .......................... **18**

**CONCLUSION** ................................................................................................... **19**

<h1 align="center">BACKGROUND</h1>

## Overview of U.S. Customs and Border Protection's Office of Chief Medical Officer and the Medical Services Contract

In response to ongoing deaths of children in the custody of CBP, in July 2019 Congress awarded the agency approximately $112 million to improve its medical services. CBP then contracted with Loyal Source, a Florida based staffing company, through U.S. Border Patrol to meet its medical staffing capacity needs. In 2020, the U.S. Government Accountability Office (GAO) issued a report[1] finding deficiencies in CBP's medical care and recommending that CBP improve oversight and direction of its medical efforts, which led the agency to create OCMO and the role of Chief Medical Officer (CMO) that same year.

Following the creation of OCMO, the Medical Services Contract was awarded to Loyal Source for $421 million[2] and transferred under the auspices of OCMO and the programmatic direction of then-CMO Dr. Tarantino. Contract compliance was managed by the Border Enforcement Contracting Division of the CBP Office of Acquisition, with Contract Officer 1 ("CO 1") overseeing the contract.[3]

## Mr. Hendrickson is Detailed to OCMO

Mr. Troy Hendrickson is a career civil servant with 14 years of experience as a Contract Officer Representative (COR).[4] Mr. Hendrickson began his detail with OCMO as the COR on the Medical Services Contract on August 9, 2021. In this role, Mr. Hendrickson held dual roles as OCMO program staff, and as a COR under the CBP Office of Acquisition (OA).

Over the course of his time as COR on the MSC, Mr. Hendrickson's dual reporting to both OA and OCMO left him vulnerable to the tensions that arose between these components over disagreements

---

[1] Government Accountability Office, "Southwest Border: CBP Needs to Increase Oversight of Funds, Medical Care, and Reporting of Deaths," July 14, 2020, https://www.gao.gov/products/gao-20-536.
[2] https://govtribe.com/award/federal-contract-award/delivery-order-v797d30203-70b03c20f00001383. Loyal Source has reportedly received nearly $700 million in federal money from CBP to date. Nick Miroff, "Medical provider vying for border contract faces scrutiny after girl's death," *Washington Post,* November 19, 2023, https://www.washingtonpost.com/immigration/2023/11/19/border-loyal-source-medical-care-migrants/.
[3] Section 1.602-2 of the Federal Acquisition Regulation (FAR) states that the responsibility of the Contract Officer "is to ensur[e] performance of all necessary actions for effective contracting, ensur[e] compliance with the terms of the contract, and safeguar[d] the interests of the United States in its contractual relationships." Relatedly, Section 1.604 of the FAR states that the role of the Contracting officer's representative (COR) is to "assis[t] in the technical monitoring or administration of a contract."
[4] Mr. Hendrickson began his career working with the federal government, as both an employee and a contractor, in 1993 within intelligence agencies. Mr. Hendrickson joined the Department of Homeland Security in 2004. Since then, he has supported the Transportation Security Administration, the Department of Homeland Security Headquarters, Immigration and Customs Enforcement, and since 2006, Customs and Border Protection. As a federal employee beginning in 2008, Mr. Hendrickson has served as both an Information Technology Program Manager and a Contracting Officer Representative, managing and overseeing more than fifty IT hardware, software, infrastructure, network, and support services contract, three medical services contracts at the Southwest Border. Mr. Hendrickson is currently a COR for the surveillance technology tower system contract along the Southwest Border. Mr. Hendrickson holds the highest level of Contracting Officer Representative certification offered within DHS, Level III.

Protected Whistleblower Disclosure of Mr. Troy Hendrickson to Congress
November 30, 2023
Page 5 of 20

in holding Loyal Source accountable for the contractor's underperformance and non-adherence to medical standards.

# TIMELINE

## Initial Whistleblowing Activity

During his detail as the MSC COR, Mr. Hendrickson observed and reported failures on the part of Loyal Source and OA that he reasonably believed to be a violation of law, rule, or regulation; gross mismanagement; gross waste of funds; abuse of authority; and substantial and specific danger to public health or safety.

When he began his detail, many of these issues appeared to be caused by gross mismanagement by CO 1 who had the authority to direct staff to support the prior COR, including through the appointment of additional CORs to the MSC, but did not. This was of particular concern given the GAO's finding in its 2020 report that CBP medical funds were routinely spent on non-medical costs, and the accompanying recommendation that CBP needed to improve its spending oversight.

When Mr. Hendrickson reported his concerns to CO 1 and other OA staff, weeks and months would go by without resolution of important issues.

### *Medical Personnel with Improper Credentials, Expired Licensing, Inadequate Supervision, and Under Pending Investigation*

Within 2 weeks after Mr. Hendrickson began his detail, he began raising concerns to CO 1 based on reports he received from Border Patrol agents and other CBP staff, including that there were medical providers working in CBP facilities with expired licensing, with claims and investigations against them, with expired credentials, and/or with inadequate supervision. Mr. Hendrickson called meetings on these issues, and noticed that CO 1 seemed resistant to address problems. This was Mr. Hendrickson's first experience of CO 1's failure to hold Loyal Source to account for their contract performance.

### *Invoicing and Payment Without Required Supporting Documentation*

Also in August of 2021, Mr. Hendrickson saw that invoices in the millions of dollars had been paid without sufficient supporting documentation.[5] Mr. Hendrickson confirmed with both CO 1 and the CBP Office of Chief Counsel that he could request additional documentation from Loyal Source to support invoices, but problems with invoicing documentation persisted. In one example, personnel records were not accurately maintained between CBP and Loyal Source, which halted the payment of invoices. In another, Loyal Source employees failed to clock in and out of their shifts so there was

---

[5] Both the FAR and the Statement of Work of the MSC lay out the requirements for invoices. FAR section 32.905 states that invoices must include "Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed," and "Any other information or documentation required by the contract." Additionally, section 3.5.7 of the MSC Statement of Work states that the contractor shall provide invoices which include, "itemized cost for each healthcare practitioner labor category by location with hourly times worked clearly delineated."

no proof that they had worked the hours that Loyal Source was billing CBP. It took months for CO 1 to approve the solution Mr. Hendrickson proposed to address this problem.

*Severe Understaffing of Critical Medical Services*

Mr. Hendrickson's detail coincided with DHS' preparations for the termination of the application of Title 42 public health authority to the border. This meant that the agency anticipated the number of noncitizens presenting at the southern border would increase exponentially.

While OCMO had an urgent need to increase medical staffing to provide care for these noncitizens, Loyal Source failed to meet staffing requirements. Loyal Source was aware of the gravity of the staffing issue as they provided weekly reports to CBP about their ongoing vacancies.

### CO 1 Refuses to Issue Loyal Source a Cure Letter at January 6, 2022 Meeting Despite Nearly 40% Understaffing

On January 6, 2022, Mr. Hendrickson organized an emergency meeting with OA and CBP Office of Chief Counsel (OCC) staff regarding Loyal Source's failure to staff CBP medical facilities. Mr. Hendrickson alerted CO 1, CO 2, and a CBP OCC attorney[6] that there were "entire shifts where no [medical] provider is available at all." Mr. Hendrickson asked CO1 to issue a Letter of Concern or a Cure Letter[7] to Loyal Source to "place them on official notice that they are not meeting contract performance scheduling, now into the third year."

Despite the risk of such high levels of understaffing of medical providers, CO 1 refused to issue a cure letter. Ultimately, Dr. Tarantino raised the issue to head of the Office of Acquisition; this senior official would not issue a cure letter over CO 1's refusal.

### To Understand High Turnover Rates, OCMO Solicits Feedback from Former Loyal Source Employees

Because of the severe impact that understaffing and turnover were having on OCMO and CBP operations, CBP sent a survey to former Loyal Source employees asking why they left the company.

The issues noted by former staff included, for example: poor communication from management; mismanagement from senior management and HR as well as a lack of accountability for misconduct;

---

[6] One attorney from the CBP Office of Chief Counsel regularly advised on questions about the Medical Services Contract. All future references to "the OCC Attorney" are about this same person.

[7] FAR section 49.607 states "*Cure notice*. If a contract is to be terminated for default before the delivery date, a "Cure Notice" is required by the Default clause. Before using this notice, it must be ascertained that an amount of time equal to or greater than the period of "cure" remains in the contract delivery schedule or any extension to it. If the time remaining in the contract delivery schedule is not sufficient to permit a realistic "cure" period of 10 days or more, the "Cure Notice" should not be issued. The "Cure Notice" may be in the following format:
Cure Notice
You are notified that the Government considers your ____ [*specify the contractor's failure or failures*] a condition that is endangering performance of the contract. Therefore, unless this condition is cured within 10 days after receipt of this notice [*or insert any longer time that the Contracting Officer may consider reasonably necessary*], the Government may terminate for default under the terms and conditions of the _____ [*insert clause title*] clause of this contract.
(End of notice)"

Protected Whistleblower Disclosure of Mr. Troy Hendrickson to Congress
November 30, 2023
Page 7 of 20

employees not showing up to scheduled shifts; failure to schedule employees within their availability despite short staffing; complaints and requests for more resources going ignored; below market pay rates; safety concerns associated with understaffing; and no response to concerns of employees falsifying medical records, among other problems.

### *Paper Medical Records Lead to Risk of Information Deficiencies*

By January 2022, a pattern emerged showing Loyal Source staff did not use the CBP provided Electronic Medical Records System (EMR) due to staff refusing to use it, internet outages, or Loyal Source management instructing staff to go offline during "surges" of the number of noncitizens in CBP custody. This failure to properly use the EMR conflicted with Loyal Source's representations that the company was using EMR and supported its use.

The failure to use the EMR was concerning to OCMO management who wanted consistent electronic records, especially to respond to records requests from oversight entities such as the Office of Immigration Detention Ombudsman (OIDO), the DHS Office of Civil Rights and Civil Liberties (CRCL), and the CBP Office of Chief Counsel. Mr. Hendrickson proposed solutions to this problem, but Loyal Source wanted to hire more staff to input the paper records it created into the EMR, which would require more funds from the OCMO budget. Loyal Source would not transfer the paper files without more funding, so the records remain in boxes in storage.

### *Loyal Source's Privacy Breach of Noncitizen Personally Identifiable Information*

In early 2022, Mr. Hendrickson learned that Loyal Source employees had engaged in privacy violations, with personally identifiable information of noncitizens transmitted outside of secured systems. When Mr. Hendrickson raised this problem to CO 1, she said there was nothing wrong and accused Mr. Hendrickson of looking for problems with Loyal Source.

Mr. Hendrickson reported the issue to the CBP Privacy Office on February 1, 2022. The Privacy Office opened an investigation, even considering suspension and debarment of Loyal Source, and found over 100 violations of personally identifiable information, including medical records of detained noncitizens going to personal cell phones and other devices, to Loyal Source's corporate system, and unauthorized email addresses.

## Loyal Source Government Services' Hazardous Understaffing of CBP Medical Services Converges with Issues of Gross Waste

The invoicing and understaffing issues about which Mr. Hendrickson raised concerns soon after he began his detail only worsened in the ensuing months. Proper staffing was critical to the OCMO mission especially while OCMO prepared for the wind-down of Title 42 in early 2022 and an increased need for CBP medical capacity. However, Loyal Source claimed the reason they could not meet staffing requirements was because they did not have enough money to pay employees competitively, and requested more funds to do so. Meanwhile, Loyal Source was effectively hemorrhaging the OCMO budget due to disproportionate overtime and other expenses, such as high per diem travel rates caused by Loyal Source shuffling employees between CBP medical sites to try and address understaffing. Furthermore, Mr. Hendrickson's investigations found that Loyal Source

was profiting heavily while their employee pay was low, and the government paid Loyal Source millions in delayed invoices caused by the company's errors.

## *Loyal Source's Inflated Profit Margins*

Mr. Hendrickson began raising concerns about Loyal Source's inflated profit margins given their low rates of employee pay as early as January 2022. Yet, Loyal Source frequently stated that the reason they could not maintain required staffing levels was because employees were leaving for jobs with higher pay and claimed that CBP needed to offer a COVID differential like other agencies did to recruit and retain staff. Mr. Hendrickson did market research to understand what the rates for medical professionals were and whether the COVID differential would help make rates more competitive. Through his research he learned that Loyal Source was paying employees under market rate, but Loyal Source's overhead and profit margins were disproportionately high.

On April 5, 2022, Mr. Hendrickson emailed Loyal Source, with CO 1 and other OCMO and OA personnel in copy, sharing his research and suggesting that given the urgent need to increase medical capacity given the imminent end of the use of Title 42 authority at the border, Loyal Source could consider adjusting its profit margins and using those funds to attract and retain staff. Mr. Hendrickson made clear, however, that CBP could not force Loyal Source to adjust its rates. Loyal Source refused to adjust their profit margins.

Mr. Hendrickson continued to seek solutions to the urgent staffing problems. Over the next week and a half, he emailed CO 1 seeking guidance and proposing solutions to the staffing shortages and low pay. However, CO 1 did not respond to these emails.

## *Loyal Source Accounting Error Caused Months of Billing Irregularities*

In the spring of 2022, the billing issues that Mr. Hendrickson identified in the fall of 2021 came to a head as he and OCMO learned that Loyal Source had not updated their internal accounting systems to reflect increased bill rates and were now seeking to recover $1.1 million from the OCMO budget for invoices with incorrect bill rates from August-November 2021. This amount increased to $1.6 million when Loyal Source submitted the invoices.

In light of the ongoing issues of underpayment of Loyal Source employees and the company's continued underperformance on the contract, Mr. Hendrickson suggested that CBP try to negotiate a reduced settlement amount rather than pay Loyal Source the full $1.6 million. He thought it was gross waste to pay a contractor additional funds when their expenses were already high and they were very clearly failing to meet the required contract terms. Eventually, however, the government paid Loyal Source the full amount.

## Mr. Hendrickson's Whistleblowing Activity and CO 1's Negligence Escalate in the Spring of 2022 as Mr. Hendrickson Attempts to Use the Contractor Performance Assessment Reporting System (CPARS) to Hold Loyal Source Accountable for Failures to Meet Contract Terms

Underscoring all the communication between Mr. Hendrickson and CO 1 was OCMO's need to meet medical service delivery standards and ensure that appropriate medical care was available to

noncitizens in CBP's custody per the 2020 GAO report and OCMO's mandate and mission. By 2022, there was a clear pattern in which OCMO sought to ensure that appropriate medical services were available and properly delivered via the contractor, Loyal Source, but felt hindered by their lack of authority to enforce the contract. This authority was held by OA staff – most specifically CO 1 – who were hesitant to hold Loyal Source to the performance measures CMO Tarantino felt necessary to meet medical ethics and care obligations. There was a tension between OA's focus on the plain language of the Scope of Work and conservative readings of the FAR and Dr. Tarantino's vision, based on his years of medical experience, about the level of contractor performance required to meet OCMO's mandate of safe and ethical service delivery. As a detailee with dual reporting to both CO 1 and CMO Tarantino, Mr. Hendrickson was caught in this tension, illustrated by his experience drafting the CPARS.

### *Overview of the Contractor Performance Assessment Reporting System*

The Contractor Performance Assessment Reporting System (CPARS) is a federal database of agency evaluations of federal contractors along with responses from contract recipients regarding contractor performance.[8] The intent of the CPARS is to provide an objective review of contractor performance for source selection of future contracts, including costs, scheduling, and ethics, along with other measures outlined in FAR section 42.1501. Notably, the CPARS aims to provide a balanced view of contractor performance by including not only agency assessments, but also an opportunity for the contractor to offer a response to any negative assessment.

In Mr. Hendrickson's years of experience, the COR writes the first draft of the agency's CPARS evaluation, working with the program management and technical team, then submits the draft via the CPARS system. At that point, the draft is no longer viewable to the COR and is sent to the CO, who provides a copy to the contractor for comment. The CO then sends the draft to upper-level officials in OA, who then publish the final evaluation within the CPARS system for source selection personnel from any federal agency to view the evaluation.

The FAR requires annual CPARS evaluations and permits interim evaluations; however, the terms of the Medical Services Contract required both annual and interim evaluations.

### *OCMO's Responsibility to Hold Loyal Source Accountable for the Company's Dangerous Underperformance*

At the previously referenced meeting on January 6, 2022, at which CO 1 refused to issue a cure letter to Loyal Source over CMO Tarantino's strong request, CO 1 and CMO Tarantino agreed that Mr. Hendrickson would draft a CPARS to reflect Loyal Source's performance. However, over the ensuing months, Mr. Hendrickson learned that the CPARS had been under-utilized as an evaluation tool for Loyal Source's performance in the Medical Services Contract and faced more stonewalling from CO 1 as he and OCMO tried to ensure that the CPARS was processed and finalized.

#### *No CPARS Ever Issued By OA*

In correspondence as Mr. Hendrickson was seeking access to the CPARS system, he learned that there was only a draft evaluation in CPARS for Period of Performance (POP) September 30, 2020 -

---

[8] https://cpars.gov/

September 29, 2021, and that no CPARS had been finalized and issued to the CPARS system for viewing by other agency source selection teams for the period of performance prior to 2020, nor were interim CPARS completed as required by the MSC.

### CO 1 Rated Loyal Source "Exceptional" in Unissued Draft CPARS Despite Performance Problems

Despite Loyal Source's ongoing staffing failures, among many other complaints reported, the draft CPARS completed by the prior COR and CO 1 listed all Loyal Source performance ratings as "Exceptional"[9] Further, Mr. Hendrickson learned that the draft CPARS for POP September 30, 2020 - September 29, 2021 had been submitted by the prior COR, without OCMO's knowledge and after Mr. Hendrickson had replaced the former COR as the new COR. It was concerning to OCMO that a CPARS draft would have been entered by the former COR and submitted to the CO without OCMO approval, and during a time, December 2021, when the former COR was no longer the COR on the MSC.

### OCMO Seeks to Issue CPARS and Downgrade Ratings

In correspondence in February and March of 2022, Mr. Hendrickson informed CO 1 that he and a team of twelve personnel from OCMO would complete a new draft of the CPARS for the POP ending September 29, 2021, and would also begin a first draft of an interim CPARS for the POP beginning September 30, 2021. He stated that this CPARS would likely downgrade the "excellent" ratings in the draft CPARS for the POP ending September 29, 2021. Mr. Hendrickson also made explicit that the CPARS he and OCMO had created should be expected to be a record for a potential GAO protest, audits, and OPR investigations, and that Loyal Source also knew OCMO was working on a draft CPARS.

CO 1 acknowledged Mr. Hendrickson's communications to this effect.

The new CPARS that the team of twelve OCMO personnel, including Mr. Hendrickson, drafted for the POP of September 30, 2020-September 29, 2021 lowered Loyal Source's ratings from "exceptional" to "unsatisfactory" and "marginal" with a recommendation against consideration of Loyal Source for future similar contracts.[10]

---

[9] A CPARS ratings chart used by OA indicates that a rating of "Exceptional" is appropriate when "performance meets contractual requirements and exceeds many to the Government's benefit" and that "there should have been NO significant weaknesses identified". [9] A CPARS ratings chart used by OA indicates that a rating of "Exceptional" is appropriate when "performance meets contractual requirements and exceeds many to the Government's benefit" and that "there should have been NO significant weaknesses identified."

[10] The CPARS rating guidance notes that a rating of "marginal" is appropriate when "performance does not meet some contractual requirements" and that the evaluation reflects a "serious problem" for which the contractor has not yet identified effective corrective action or the corrective actions have not yet been fully implemented. Additionally, a rating of "unsatisfactory" is appropriate when "performance does not meet most contractual requirements and recovery is not likely in a timely manner."

### Mr. Hendrickson Submits Draft Downgraded CPARS to Support Ongoing OPR Investigations

After Mr. Hendrickson submitted the version of the CPARS ratings he and the team of twelve drafted and approved together, Mr. Hendrickson no longer had access to the CPARS evaluation; it was then in the hands of CO 1. Mr. Hendrickson submitted this draft CPARS to the Joint Intake Center for inclusion in CBP OPR's investigations.

### CO 1 Upgrades CPARS Ratings Against OCMO's Recommendations

On April 18, 2022, Mr. Hendrickson asked CO 1 questions via email about the status of the CPARS, including whether the new CPARS for POP September 30, 2020 – September 29, 2021 had been issued to Loyal Source and whether there was a written response or acknowledgement from Loyal Source to the CPARS. CO 1 did not respond to this email.

At the time of his removal from the COR detail position, Mr. Hendrickson and OCMO staff were in the midst of drafting an interim CPARS for the POP beginning September 29, 2021, which noted ongoing deficiencies in Loyal Source' contract performance. Later, after CO 1 removed Mr. Hendrickson from his detail, OCMO learned that CO 1 upgraded the CPARS ratings about the September 30, 2020 – September 29, 2021 POP from "unsatisfactory" and "marginal" to "exceptional" and "very good."

## Retaliation

Mr. Hendrickson's attempts to address Loyal Source's deficiencies resulted in ire from CO 1 and his retaliatory removal as COR on the CBP MSC. Months passed with Mr. Hendrickson seeking input and guidance from CO 1 on solutions to address serious and hazardous underperformance by Loyal Source. Then, after Mr. Hendrickson reported CO 1's non-responsiveness to urgent OCMO needs to CO 1's Director, CO 1 suddenly terminated Mr. Hendrickson in April 2022.

The consequences for failures to hold Loyal Source to account for their failure to provide appropriate medical services were grave life and death situations; indeed the basis for the creation of OCMO was to address multiple deaths of children in CBP custody, and the outcome of Loyal Source's impunity was the death of another child, Anadith Reyes-Alvarez, in 2023.

### Events Immediately Preceding CO 1's Retaliation

In the weeks and days preceding Mr. Hendrickson's removal, several key instances of Mr. Hendrickson attempting to seek oversight of Loyal Source occurred, including some referenced in CO 1's email ending Mr. Hendrickson's COR appointment.

### Loyal Source Fails to Report Incident of Sexual Harassment

On April 16, 2022, there was an incident of alleged sexual harassment between Loyal Source staff who were working in a CBP medical unit. The employee felt unsafe, left their shift, and reported the incident to their Loyal Source chain of command and CBP site leadership. Local CBP leadership reported the incident to CBP Office of Professional Responsibility (OPR), who in turn informed OCMO leadership of the incident. Between April 25, 2022 and April 26, 2022, e-mail communication

between Mr. Hendrickson and Loyal Source on which CO 1 was copied showed Loyal Source claimed ignorance of the relevant policy which required reporting from Loyal Source management to CBP. Mr. Hendrickson made clear in this communication his reasonable belief that Loyal Source was in violation of FAR 52.203-13 and that he had informed the company on multiple occasions of their obligation to report such incidents to OCMO.

### Executive Order

Recognizing the ongoing and grave staffing shortages, and given the upcoming end of the Loyal Source contract term, the OCC attorney notified Mr. Hendrickson on April 21, 2022 of a new Executive Order stating that federal agency policy should be to hire the employees of a former contractor if a contract changes to a new vendor, and directed him to FAR 52.237-3 which states "[t]he Contractor shall allow as many personnel as practicable to remain on the job to help the successor maintain the continuity and consistency of the services required by this contract." In an effort to maintain morale of Loyal Source employees given ongoing staffing challenges, with OCMO approval Mr. Hendrickson then drafted an email to Loyal Source employees thanking them for their service and sharing the executive order along with a message that non-compete agreements would be overridden by the executive order. This email was later cited in CO 1's email removing Mr. Hendrickson from his COR position as a reason for his removal.

### Mr. Hendrickson Reports His Concerns About CO 1's and CO 2's Gross Mismanagement on the Recompete Process to CO 1's Director

At the same time that OCMO and Mr. Hendrickson were dealing with Loyal Source's underperformance, Mr. Hendrickson was leading preparations for a new five-year medical services contract to be awarded in July 2022. In this effort, Mr. Hendrickson similarly experienced delays from CO 1 in responding to questions and requests for CO 1's input and participation.

Beginning in November 2021, Mr. Hendrickson sent documents related to the recompete contract to CO 1; however, months had passed without CO 1's review or action on these documents, and the contract award date was looming. It was also understood at that time that CO 1 would soon be retiring, and given the ongoing and serious medical risks due to Loyal Source's underperformance on the Medical Services Contract, OCMO felt pressure to urgently begin working with whoever the new OA staff would be – including a new CO – to be successful in medical services delivery under the recompete contract.

On March 21, 2022, Mr. Hendrickson emailed CO 1's Director, effectively complaining about CO 1's poor performance to CO 1's boss. In his email, Mr. Hendrickson shared a timeline beginning in November 2021 of efforts to make progress on the recompete contract and CO 1's lack of response and participation. Referencing ongoing tension between OCMO and CO 1 and identifying CO 1 and CO 2 as the source of the ongoing contract issues with Loyal Source, Mr. Hendrickson wrote, "As you know, there is much negative history with the current Loyal Source contract, years of neglect, open investigations, privacy breach, invoicing issues, etc. We desire a fresh start with both CO and CS for the new contract."

### CO 1's Director Shares Mr. Hendrickson's Concerns with CO 1, Culminating in a Hostile Meeting on April 25, 2022

On March 24, 2022, CO 1's Director copied CO 1 into this email correspondence, making CO 1 aware of the performance complaints Mr. Hendrickson reported in his original March 21, 2022 email.

Ultimately, a meeting about the upcoming recompete and other matters was scheduled on April 25, 2022 and included CO 1's Director, CO 1, the OCC attorney, CMO Tarantino, and others from OCMO. A few days prior to the meeting on April 22, 2022, Mr. Hendrickson sent a message to the invitees alluding to the deterioration of communication between OCMO and OA, noting that it appeared the presence of CO 1's Director would be required to ensure everyone was on the "same page" about preparations for the recompete.

### OA Responds With Hostility to OCMO's Concerns About OA's Failures to Hold Loyal Source Accountable and Manage the Contract

The April 25, 2022 meeting had a comprehensive agenda, including the need to determine a plan to finalize the recompete before the July 29, 2022 award date, follow up on the status of the CPARS drafted by Mr. Hendrickson and OCMO, Loyal Source housing expenses implicating issues of gross waste, and CMO Tarantino's request that, in an emergency, OCMO would be able to obtain a contract modification and use existing money from the MSC to fund the modification.[11]

During the meeting, CMO Tarantino did not hide his frustration about not only Loyal Source's underperformance, but also about delays in preparation for the recompete. CMO Tarantino complained that OCMO had provided necessary documentation for the recompete and that OA had not taken action on the documents, that there were performance and budget issues for which OCMO had requested a cure letter which CO 1 denied, and that contract modifications were necessary because OCMO was trying to open new medical units for Border Patrol, among other issues.

CO 1's response to CMO Tarantino's concerns was to say that CO 1 and CO 2 were busy and needed time to review the documents for the recompete, and that they had problems with the documents as written. CO 1 and CO 2 also pushed back on operational needs CMO Tarantino wanted included in the recompete, such as capacity to provide vaccinations, which was something he included based on instruction from DHS superiors who wanted OCMO to have that capacity. CO 1 additionally accused CMO Tarantino of trying to make the MSC a personal services contract by including more granularity, accountability, oversight, and reporting.

### Mr. Hendrickson Reports OA's Hostility and Refusal to Hold Loyal Source Accountable to OPR

The tone of the meeting was so hostile that following the conclusion of the meeting, Mr. Hendrickson emailed the CBP OPR Agent with concern. He stated that "it appears that contract folks are not happy with OCMO…. For reporting performance issues and seen as overstepping and are too hard on this vendor, who in their statement, are doing [a] 'quite well' job." He also noted that CO 1 said CO 1 had not sent the CPARS Mr. Hendrickson and OCMO drafted for POP September 29, 2020 – September

---

[11] This was a recurring issue for CMO Tarantino. Due to Loyal Source's understaffing rates, funds were left available in the OCMO budget. CMO Tarantino wished to access those funds to respond to urgent needs for new medical sites or increased staffing, but CO 1 insisted that a new pool of money be requested for any contract modification. This put CMO Tarantino in a position of having to justify additional funding requests to DHS superiors while funds in the OCMO budget sat untouched by Loyal Source. At the same time, Loyal Source was spending funds at a disproportionately high rate given its high vacancy rate.

30, 2021 to Loyal Source because CO 1 wanted to edit it, tone it down, and remove items. In his email, Mr. Hendrickson expressed concern that the CPARS was being softened to allow Loyal Source to obtain the recompete contract, and that he was worried about retaliation.

### *CO 1 Removes Mr. Hendrickson From His COR Appointment*

Three days following the tumultuous meeting between OCMO and OA, CO 1 sent Mr. Hendrickson a Notice of Removal via email, effectively terminating his MSC COR detail appointment.

#### *CO 1's Removal of Mr. Hendrickson Violated Union Rules*

Notably, this was the first instance of CO 1 informing Mr. Hendrickson in writing of any performance issue. Mr. Hendrickson had never received a written reprimand in his 14 years as a COR, including under CO 1. Mr. Hendrickson is a member of The National Treasury Employees Union, and Article 46 of the collective bargaining agreement states that prior to a termination, a union member should receive notice in writing and an opportunity to respond.

#### *CO 1's Removal of Mr. Hendrickson Violates 5 U.S.C. § 2302*

CO 1's termination of Mr. Hendrickson's COR appointment was a prohibited personnel practice in violation of 5 U.S.C. § 2302(b)(8) as it was taken in retaliation for his disclosures of information Mr. Hendrickson reasonably believed were violation of any law, rule, or regulation, gross mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, and because Mr. Hendrickson reported this information to CO 1's Director and to the CBP Joint Intake Center, collaborating in investigations by the CBP OPR.

### *CO 1 Orders OCMO Not to Pursue a Supplemental Contract to Remedy Staffing Shortages*

On April 28, 2022 at approximately 1:00 p.m., Mr. Hendrickson, following up on months of communication to address Loyal Source's persistent, known, and dangerous staffing shortages, sent an email to Senior Officials in CBP OA and CO 1, copying OCMO leadership, informing the OA team that OCMO would be calling other vendors for market research in search of a vendor to meet surge staffing needs in light of the end of Title 42. In response, less than half an hour after CO 1 sent the email terminating Mr. Hendrickson's COR appointment, CO 1 sent an email ordering OCMO to stand down from communicating with "ANY" contractors until further direction from a contracting officer.

### *OCMO's Attempts to Keep Mr. Hendrickson as COR, Loyal Source Staffing Shortages Persist Despite Supplemental Small Business Contract, and Continued Retaliation*

Because of his dual duties to OA as COR and to OCMO's Program Management Office, Mr. Hendrickson maintained his OCMO PMO duties following his removal from the COR position under CO 1. OCMO had been continuously satisfied with Mr. Hendrickson's performance and understood the risk to the OCMO mission of entering into a new contract with a new COR who would likely face a steep learning curve to familiarize themselves with OCMO and the MSC. OCMO sought to have Mr. Hendrickson appointed as the COR for both a supplemental Medical Services Contract and for the permanent OCMO COR position on the five-year recompete Medical Services Contract, but they were prohibited from doing so.

### *Retaliation, Gross Waste and Mismanagement of the Supplemental Small Business Contract to Address Staffing Shortages*

First, after Mr. Hendrickson raised CO 1's directive that OCMO stand down from pursuing a supplemental contract to leadership of the Procurement Directorate explaining the need for increased staffing, OCMO was approved to seek a supplemental contract. Mr. Hendrickson wrote the contract and was nominated to be the COR for it. In fact, OCMO leadership were told by Procurement leadership that Mr. Hendrickson would be approved for this position. However, CO 2 rejected Mr. Hendrickson's nomination and appointed a different COR.

The supplemental small business contract was approved and was awarded on July 1, 2022. The contract opportunity notification posted to the System for Award Management (sam.gov) stated that the supplemental small business contract could be awarded to up to two vendors. The two vendors considered for the contract were Life Health and Hamilton Staffing Solutions.

Hamilton Staffing Solutions had over 600 cleared medical personnel in their proposal available to staff OCMO operations, and they were recommended by the CBP small business liaison. However, COs 1 and 2 chose Life Health, purportedly because they partnered with Loyal Source. This partnership meant that Life Health was essentially relying on Loyal Source to provide staff for the supplemental small business contract, which defeated the purpose of the supplemental contract.

A few months later in December 2022, the contract was cancelled because Life Health was unable to provide any staff.

### *Ongoing Retaliation in OCMO Program Management Duties*

Second, as Mr. Hendrickson continued his program management duties within OCMO, he conducted audits which continued to expose wrongdoing by COs 1 and 2. Mr. Hendrickson learned that nearly a third of OCMOs active medical units were never added to the MSC via a contract modification. This meant that the medical units were not contractually within the scope of the MSC, and that Loyal Source was invoicing for hundreds of millions of dollars for these units that were not on contract. Additionally, Privacy and other OPR investigations were initiated at some of these out-of-contract sites. It was CO 1's responsibility to have added these medical units to the MSC. Mr. Hendrickson reported this gross mismanagement, and possible gross waste of federal funds to OPR, the CBP Privacy Branch, and to the new MSC COR, and requested that proper contract modifications be completed. In response, CO 2 claimed that they had a list of sites that were added to the contract in 2020, but when Mr. Hendrickson asked to review the document, CO 2 did not produce it. In response to his ongoing whistleblowing activity, CO 1 continued to assign CORs to take over duties that Mr. Hendrickson was completing within the scope of his project management role.

### *OA's Retaliation Against Mr. Hendrickson and OCMO, Refusing to Appoint Hendrickson as COR for Five Year Recompete Medical Services Contract*

Third, OCMO sought to have Mr. Hendrickson hired to the permanent COR position for the five-year recompete Medical Services Contract, which was an opportunity for a promotion. Mr. Hendrickson had been lead on the project of drafting the contract and was well positioned based on his experience with OCMO to fill the COR position. Mr. Hendrickson applied to the position OCMO in June 2022 and was told he would be interviewed. However, on July 6, 2022, CO 1's Director instructed OCMO

senior staff to withdraw the posting and not fill the position, claiming that only OA could hire full time CORs. OCMO took the issue to Human Resource Management, who agreed that the position was appropriately approved and informed OCMO to proceed with interviews and make a selection for hiring.

On August 10, 2022, Mr. Hendrickson was interviewed by a panel of three and was selected for the COR position based on his experience and qualifications. However, OCMO was informed that they needed to choose someone else because the Office of Acquisition would not work with Mr. Hendrickson. CMO Tarantino discussed this with senior leadership at OA explaining that Mr. Hendrickson was the most qualified candidate, but the decision stood.

Mr. Hendrickson's union representative also attempted to discern why OCMO was not able to have Mr. Hendrickson approved as the COR. On September 20, 2022, a CBP HR representative informed the union that Mr. Hendrickson was under investigation by OPR, which was the reason Mr. Hendrickson was not offered the COR position. However, neither Mr. Hendrickson nor NTEU has ever received notice of an OPR investigation against him.

### *Ongoing Investigations Validate Mr. Hendrickson's Disclosures*

Following Mr. Hendrickson's termination, several investigations have continued into the issues about which Mr. Hendrickson blew the whistle. For instance, the DHS Office of Immigration Detention Ombudsman (OIDO) issued an Ombudsman Alert[12] on July 12, 2022 about critical understaffing, and a report[13] on June 16, 2023 identifying continued understaffing and invoicing problems. OIDO has also requested information about correspondence between CO 1 and Loyal Source.[14]

The CBP OPR Investigative Operations Directorate opened a fraud investigation into Loyal Source's invoicing discrepancies, which has resulted in the termination of multiple Loyal Source personnel after they admitted to wrongdoing. Mr. Hendrickson has participated in this investigation as a witness. The Office of the Attorney General of Florida, where Loyal Source is headquartered, also initiated an investigation into Loyal Source and has submitted a petition to the GAO to seek suspension and debarment of Loyal Source from federal contracts.

Additionally, a remediation plan was issued to Loyal Source about the privacy breaches Mr. Hendrickson raised to the Privacy Office over CO 1's objections.

Furthermore, Loyal Source has continued to face scrutiny of its contract performance, especially after the tragic and preventable death of 8-year-old Anadith Reyes-Alvarez. On June 8, 2023, after CMO Tarantino was reassigned, then-Acting CMO Herbert O. Wolfe sent a memorandum to Acting CBP Commissioner Troy Miller with initial observations and recommended medical improvement

---

[12] Office of the Immigration Detention Ombudsman, "Ombudsman Alert: Critical Medical Understaffing on the Border," July 12, 2022, www.dhs.gov/sites/default/files/2022-07/OIDO%20Ombudsman%20Alert%20CBP%20Medical%20Contract%20Final_508.pdf

[13] Office of the Immigration Detention Ombudsman, "OIDO Review: CBP Medical Support Contract for Southwest Border and Tucson," June 16, 2023, https://www.dhs.gov/sites/default/files/2023-07/OIDO%20Review%20-%20CBP%20Medical%20Support%20Contract%20for%20Southwest%20Border%20and%20Tucson.pdf

[14] On August 12, 2022, after Mr. Hendrickson was removed from the COR position, but while he was still with OCMO in a program management capacity, CO 2 executed a new Scope of Work with higher bill rates without issuing a required contract modification.

actions.[15] Notably, the memorandum outlined concerns that significant medical events were inadequately reported, that the EMR was underutilized, and found that the Border Patrol facility "lacked sufficient medical engagement and accountability to ensure safe, effective, humane and well-documented medical care." These findings align directly with Mr. Hendrickson's concerns about Loyal Source including failures to report privacy breaches and sexual harassment, and failure to use the EMR, which CO 1 said could not be addressed because in CO 1's interpretation the MSC Scope Of Work did not explicitly require its use. Importantly, the findings validate OCMO and Mr. Hendrickson's efforts to address Loyal Source's contract operations despite CO 1's accusations that such efforts were inappropriate and unnecessary.

Finally, CBP issued a cure letter to Loyal Source on August 10, 2023, **over 2 years** after he and CMO Tarantino requested that CO 1 do so.[16] The cure letter reportedly included many of the deficiencies Mr. Hendrickson raised as MSC COR including understaffing, cost management, and failure to use the EMR.

Mr. Hendrickson is not aware of a CPARS ever having been submitted for Loyal Source.

### *Concerns of Serious Oversight Failures by GAO, OSC, DHS OIG, and CBP EEO*

Mr. Hendrickson has sought accountability for both the retaliation he experienced by Office of Acquisition staff, namely CO 1, CO 2, and their Director, as well as the dangerous lack of oversight of Loyal Source's performance on the CBP Medical Services Contract, with multiple oversight entities. To date, over two years following his termination, and months after another child died in CBP custody due to medical neglect, these complaints have not been investigated or resolved.

First, immediately after he received CO 1's termination email, Mr. Hendrickson filed an email complaint to the CBP Equal Employment Opportunity mailbox. Mr. Hendrickson supplemented that complaint when he was denied COR positions with OCMO following his removal from his detail position. In July of 2022, Mr. Hendrickson attempted mediation of his EEO complaint, but the Office of Acquisition sent CO 1's Director, one of the OA staff who participated in retaliation against Mr. Hendrickson, as its representative, so Mr. Hendrickson was unable to participate in the mediation. Then, over two years after the submission of his complaint, on July 24, 2023, Mr. Hendrickson suddenly received an email from an EEO investigator requesting his response to a lengthy 116-question questionnaire within approximately two weeks, by August 8, 2023. Mr. Hendrickson provided the required information, but no substantive updates have been provided, nor have the witnesses Mr. Hendrickson shared been contacted.

Mr. Hendrickson additionally filed a retaliation complaint with the DHS OIG. The OIG closed his retaliation case on May 3, 2022, suggesting he file with the OSC.

Mr. Hendrickson filed a *pro se* retaliation complaint with the OSC in 2021, which was opened and pending without investigation until September 13, 2023, when Government Accountability Project

---

[15] Nick Miroff, "Inquiry after girl's death reports unsafe medical care in U.S. border facilities," *Washington Post* (June 22, 2023), https://www.washingtonpost.com/immigration/2023/06/22/medical-care-unsafe-border-facilities-migrants/.
[16] Nick Miroff, "Medical provider vying for border contract faces scrutiny after girl's death," *Washington Post* (November 19, 2023), https://www.washingtonpost.com/immigration/2023/11/19/border-loyal-source-medical-care-migrants/.

entered as Mr. Hendrickson's counsel requested a status update on the matter. Mr. Hendrickson and counsel were then informed that the investigator had transitioned to a new role, though Mr. Hendrickson had not been informed of this change, and a new investigator would be assigned. Mr. Hendrickson also filed a disclosure with the OSC, which the OSC closed on September 28, 2022 citing the ongoing agency investigations and GAO oversight efforts.

However, Mr. Hendrickson had filed a complaint to the GAO, the office that issued the report which led to the creation of OCMO, but was told on August 17, 2022 that "the situation you describe is not within the scope of any ongoing GAO work."

Finally, Mr. Hendrickson has engaged with Congressional offices regarding his disclosures and retaliation, including Representative Gerald Connolly, Representative Abigale Spanberger, and the House Republican Policy Committee.

## CONCLUSION

Despite Mr. Hendrickson's efforts beginning in August 2021 to engage CO 1 in efforts to hold Loyal Source accountable for the contractor's dangerous underperformance, CO 1 instead delayed responses to Mr. Hendrickson and resisted oversight actions such as issuance of a cure letter or finalizing an accurate CPARS. Then, after OCMO and Mr. Hendrickson's efforts escalated in April 2022, including by making explicit complaints CO 1's Director, CO 1 retaliated against Mr. Hendrickson by removing him as COR without warning as stated by union rules, and citing erroneous or mischaracterized reasons for his removal. Over a year after Mr. Hendrickson's removal, another child died in CBP custody due to insufficient medical services. Only after this preventable death, drawing public attention and prompting new investigations into the quality of CBP medical care, did CO 1 implement any accountability measures toward Loyal Source.

CO 1's choice to retaliate against Mr. Hendrickson for his efforts to expose fraud, waste, mismanagement and abuse by both Loyal Source and the Office of Acquisition resulted not only in adverse consequences to Mr. Hendrickson, but also to an eight-year-old girl and her family. Worse, Loyal Source Government Services continues to be responsible for the provision of medical care for noncitizens in CBP custody despite these failures of performance for which current Office of Acquisition officials overseeing the Medical Services Contract have failed to hold them accountable, costing taxpayers millions of dollars and endangering lives.

Accordingly, we urge Congress to do the following:

- Conduct thorough and prompt oversight into Loyal Source and its ongoing failure to comply with mandated medical care of noncitizens in CBP custody, endangering lives while reaping millions in taxpayer dollars;
- Conduct thorough and prompt oversight into the Office of Acquisition's gross mismanagement and abuse of authority by its refusal to hold Loyal Source accountable for its contract performance failures;
- Ensure that Mr. Hendrickson and any other current or former CBP or Loyal Source employees who have raised or may in the future raise concerns to Congress, internally to managers, to investigators and/or enforcement agencies, or to any other

protected recipients, are neither unlawfully restricted or chilled from, nor subject to retaliation for, engaging in protected whistleblowing activity.

Respectfully Submitted,

/s/ Andrea Meza

_____

Andrea Meza, Immigration Counsel
Dana L. Gold, Senior Counsel
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 926-3311
AndreaM@whistleblower.org
DanaG@whistleblower.org
Attorneys for Mr. Troy Hendrickson

Cc:    Department of Homeland Security, Customs and Border Protection

       The White House