## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LOYAL SOURCE GOVERNMENT SERVICES, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 24-1426 |
| THE UNITED STATES, ) ) | Judge Bonilla |
| Defendant. ) | |

## **JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties have settled the underlying dispute and hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, attorney fees and expenses.


/s/Samuel B. Knowles
Samuel B. Knowles
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4404
sam.knowles@us.dlapiper.com
*Counsel for Loyal Source Government Services, LLC*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Eric P. Bruskin
ERIC P. BRUSKIN
Assistant Director

/s/ Matthew D. Lewis
Matthew D. Lewis
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 880-6321

## CERTIFICATE OF FILING

I hereby certify that on July 7, 2025, a copy of the foregoing was filed using the Court's Electronic Filing system. I understand that notice of this filing will be served on the counsel to the parties to this case via the Court's ECF system.

Respectfully submitted,

/s/Samuel B. Knowles
Samuel B. Knowles
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4404
sam.knowles@us.dlapiper.com
*Counsel for Loyal Source Government Services, LLC*